BARRY A. SMITH (SBN: 48697)
  bsmith@buchalter.com
STEVEN M. SPECTOR (SBN: 51623)
  sspector@buchalter.com
ANTHONY J. NAPOLITANO (SBN: 227691)
  anapolitano@buchalter.com
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891.0700
Facsimile: (213) 896.0400

Attorneys for Secured Creditor Opus Bank

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>Hoag Urgent Care – Huntington Harbour, Inc.,<br><br>　　　　　　　Debtor. | Case No. 8:17-bk-13078-TA<br><br>Chapter 11<br><br>**LIMITED OPPOSITION TO DEBTOR'S EX PARTE MOTION FOR JOINT ADMINISTRATION PURSUANT TO 11 U.S.C. § 105(a); DECLARATION OF STEVEN M. SPECTOR**<br><br>[Evidentiary objections concurrently filed]<br><br>Date:　　　TBD<br>Time:　　　TBD<br>Place:　　　United States Bankruptcy Court<br>　　　　　　Courtroom 5B<br>　　　　　　411 West Fourth Street<br>　　　　　　Santa Ana, California 92701 |

1

**OPUS BANK'S LIMITED OPPOSITION TO DEBTOR'S
EX PARTE MOTION FOR JOINT ADMINISTRATION**

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 29786538V1

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, ITS COUNSEL AND ALL PARTIES IN INTEREST:**

Opus Bank respectfully submits this limited opposition to the *Ex Parte Motion for Joint Administration Pursuant to 11 U.S.C. § 105(a)* (the "Motion") filed by debtor Hoag Urgent Care – Huntington Harbor, Inc., debtor in the above-captioned chapter 11 bankruptcy case ("Debtor") as follows:

On August 2, 2017, the Debtor and its affiliates each filed voluntary chapter 11 petitions as follows:

| Debtor: | Case No.: |
| --- | --- |
| Hoag Urgent Care-Tustin, Inc. | 8:17-bk-13077-TA |
| Hoag Urgent Care – Huntington Harbour, Inc. | 8:17-bk-13078-TA |
| Hoag Urgent Care – Orange, Inc. | 8:17-bk-13079-TA |
| Hoag Urgent Care – Anaheim Hills, Inc. | 8:17-bk-13080-TA |
| Cypress Urgent Care, Inc. | 8:17-bk-13089-TA |
| Laguna Dana Urgent Care Inc. | 8:17-bk-13090-TA |

Opus Bank is owed more than $2.4 million jointly and severally by the four "Hoag Debtors" (as defined in the Motion) and more than $1.7 million jointly and severally by Cypress Urgent Care and Laguna-Dana Urgent Care (the "Cypress-Laguna Debtors"). *See* Declaration of Steven M. Spector appended hereto (the "Spector Decl."), ¶ 3. Each borrower has granted Opus Bank a security interest in essentially all of their assets (e.g., equipment, accounts receivable, inventory and general intangibles) to secure repayment of the amounts owed. *Id.* The obligation owed by the Hoag Debtors has been delinquent from August 2016, and the obligation owed by the Cypress-Laguna Debtors fully matured in September 2016. *Id.*

On August 3, 2017, each of the foregoing debtors filed *ex parte* motions for joint administration substantially similar to the Motion that is the subject of this limited opposition.[1]

---

[1] Opus Bank has filed limited oppositions in each of the bankruptcy cases for the affiliated debtors. For the convenience of the Court, each limited opposition is substantially similar to the instant opposition.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**OPUS BANK'S LIMITED OPPOSITION TO DEBTOR'S
EX PARTE MOTION FOR JOINT ADMINISTRATION**

BN 29786538V1

Each of the motions seek:

    entry of an order authorizing the joint administration of the Bankruptcy Cases, including:

    (a)    the use of a single docket for administrative matters;

    (b)    the use of a single service list for notices on creditors and parties in interest;

    (c)    scheduling joint hearings;

    (d)    combined financial reporting;

    (e)    joint and several liability for professional fees and costs; and

    (f)    the joint handling of any other administrative matters.

*See generally* Motion, p. 2, ln. 14-18.

Opus Bank, the senior secured creditor for each of the affiliated debtors, primarily objects to the Debtor's request for entry of an order authorizing "joint and several liability for professional fees and costs." Opus Bank is informed and believes that the four Hoag Debtors (as defined in the Motion) do not generate positive cash flow.[2] As a result, the profitable debtors—Cypress Urgent Care, Inc. and Laguna-Dana Urgent Care, Inc.—would essentially be subsidizing the post-petition administrative professional fees and expenses of the Hoag Debtors. While the Debtor claims that "[n]othing contained in the Motion is intended to compel substantive consolidation of the Estates," see Motion, p. 3, ln. 14-15, this is precisely the relief that the Debtor is requesting under the guise of "joint administration."[3]

Relatedly, Opus Bank objects to the relief in the Motion seeking "combined financial reporting" for the affiliated debtors. Each of the affiliated debtors is a discrete business unit and should be required to report as such. With combined reporting, creditors and interested parties will not be able to tell which debtors are profitable and which are not. Nor will there be any visibility for the magnitude of those profits and losses. The Debtor should not be able to use joint

---

[2] The court-appointed receiver reports estimated net losses for the Hoag Debtors for June 2017 of about $7,300 per week (excluding receivership costs and fees). *See* Declaration of Steven M. Spector, ¶ 4, Exh. 1 The court-appointed receiver reports estimated net income for the Cypress-Laguna Debtors for July 2017 of about $8,000 per week (excluding receivership costs and fees). *See* Spector Decl., ¶ 4, Exh. 2

[3] Moreover, Opus Bank will be filing shortly notices of non-consent for the use of its cash collateral and reserves its right to object to any attempt by the affiliated debtors to divert its cash collateral from one debtor to another.

**OPUS BANK'S LIMITED OPPOSITION TO DEBTOR'S
EX PARTE MOTION FOR JOINT ADMINISTRATION**

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 29786538V1

administrative as a means to obfuscate its financial performance through combined reporting.[4]

Finally, Opus Bank objects to the Debtor's open-ended request for an order authorizing "the joint handling of any other administrative matters." Considering that the Debtor has tried to push the bounds of joint administration in the instant Motion, Opus Bank is concerned that the Debtor may try to obtain other impermissible relief under the guise of joint administration without providing the parties an opportunity to object and have a hearing.

The Debtor's attempt to obtain this relief through a provision that allows for entry of an order <u>without</u> an opportunity for a hearing should not be countenanced. Accordingly, Opus Bank asks this Court to strike the relief set forth in clauses (d), (e), and (f) of the Motion from any order entered granting such Motion. Alternatively, Opus Bank requests that the Court set the Motion for a hearing and allow the parties to further brief the issues.

DATED: August 3, 2017              BUCHALTER, a Professional Corporation


By: */s/ Anthony J. Napolitano*
BARRY A. SMITH
STEVEN M. SPECTOR
ANTHONY J. NAPOLITANO
Attorneys for Secured Creditor Opus Bank

---

[4] Indeed, the second largest creditor of the Hoag Debtors is thought to be its landlord, Newport Healthcare Center, an affiliate of Hoag Memorial Hospital Presbyterian. Newport Healthcare is <u>not</u> the landlord of the Cypress-Laguna Debtors. Spector Decl., ¶ 5.

4
**OPUS BANK'S LIMITED OPPOSITION TO DEBTOR'S
EX PARTE MOTION FOR JOINT ADMINISTRATION**
BUCHALTER
A Professional Corporation
Los Angeles
BN 29786538V1

# DECLARATION OF STEVEN M. SPECTOR

I, Steven M. Spector, declare as follows,

1.  I am an attorney duly admitted to practice in the State of California and the United States District Court for the Central District of California. I am a shareholder of Buchalter, a Professional Corporation ("Buchalter") and a member of Buchalter's Insolvency & Financial Law practice group. I make this declaration in support of Opus Bank's *Limited Opposition to Debtor's Ex Parte Motion for Joint Administration Pursuant to 11 U.S.C. § 105(a)* filed by the Debtor.[5]

2.  I am one of the lead counsel representing Opus Bank in connection with the pending state court actions designated as *Opus Bank v. Hoag Urgent Care-Tustin, Inc., et al.*, Case No. 30-2017-00911945-CU-BC-CJC and *Opus Bank v. Laguna-Dana Urgent Care, Inc., et al.*, both pending in the Orange County Superior Court (collectively, the "State Court Actions"). I have personal knowledge of the matters stated in this Declaration, and if called upon as a witness, I could and would testify competently thereto.

3.  Based on my review of the records and files of Opus Bank, I believe Opus Bank is owed more than $2.4 million jointly and severally by the four Hoag Debtors and more than $1.7 million jointly and severally by the Cypress-Laguna Debtors. Each borrower has granted Opus Bank a security interest in essentially all of their assets (e.g., equipment, accounts receivable, inventory and general intangibles) to secure repayment of the amounts owed. The obligation owed by the Hoag Debtors has been delinquent from August 2016 and the obligation owed by the Cypress-Laguna Debtors fully matured in September 2016.

4.  David Stapleton, the court-appointed receiver in the State Court Actions (the "Receiver"), has provided me a report setting forth the pro-forma estimated revenues and expenses for the three remaining, operating Hoag Debtors for the month ending June 30, 2017 and the period ending July 15, 2017. Attached hereto as Exhibit 1 is a true and complete copy of that revenue and expense report. The Receiver has also provide me a report setting forth the estimated pro-forma revenues and expenses for the Cypress-Laguna Debtors for the month ending

---

[5] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

5

**OPUS BANK'S LIMITED OPPOSITION TO DEBTOR'S
EX PARTE MOTION FOR JOINT ADMINISTRATION**

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 29786538V1

July 30, 2017 and the period ending August 31, 2017. Attached hereto as Exhibit 2 is a true and complete copy of that revenue and expense report.

5. Based on my involvement in the State Court Actions, including extensive communications with counsel for Newport Healthcare Center, I am informed and believe that the second largest creditor of the Hoag Debtors is thought to be its landlord, Newport Healthcare Center, an affiliate of Hoag Memorial Hospital Presbyterian, and that Newport Healthcare is <u>not</u> the landlord of the Cypress-Laguna Debtors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 3, 2017 at Los Angeles, California.

*[signature]*

---
STEVEN M. SPECTOR

**OPUS BANK'S LIMITED OPPOSITION TO DEBTOR'S
EX PARTE MOTION FOR JOINT ADMINISTRATION**

BUCHALTER
A Professional Corporation
Los Angeles

BN 29786538V1

# EXHIBIT 1



**DRAFT**

**Estimated Proforma Revenues & Expenses for 3 Hoag Clinics (Hoag-Tustin, Hoag-Anaheim Hills, Hoag-Huntington Harbour) as of 6/30/2**
*Beginning June 1, 2017*

|  | Thru 6/30/2017 | Thru 7/15/2017 |
|---|---:|---:|
| Estimated Revenues | 324,000 | 436,000 |
| **Estimated Operating Expenses** [A] | | |
| Payroll | $ (155,000) | $ (206,000) |
| Payroll Taxes | (31,000) | (41,000) |
| Insurance | (10,000) | (20,000) |
| Benefits | (10,000) | (20,000) |
| 3rd Party Staffing Resources - LOCUM | (16,000) | (32,000) |
| Rent | (40,000) | (40,000) |
| Royalties | (1,000) | (1,500) |
| Key Vendors | | |
|   ECW (EMR Platform) | (15,000) | (23,000) |
|   Medline (Medical Supplies) | (34,000) | (50,000) |
|   Access Medical Billing (3rd Party Billing) 5.0% of cash collected | (16,000) | (22,000) |
|   Trizetto (Clearing House for Claims / Patient Stmts) | (8,000) | (11,000) |
| Utilities | (10,000) | (15,000) |
| IT & Communications | (6,000) | (8,000) |
| Office and Other Supplies | (3,000) | (5,000) |
| Employee Reimbursable Expenses | (2,000) | (2,000) |
| **Total Estimated Operating Expenses** | $ (357,000) | $ (496,500) |
| **Estimated Net Income (Loss)** | **(33,000)** | **(60,500)** |
| *Estimated Proforma Average Weekly Net Income (Loss)* [B] | *(7,333)* | *(9,308)* |

A  Exludes any interest or principal payments to Opus Bank.

B  Excludes any receivership fees and costs.

# EXHIBIT 2

**STAPLETON GROUP**

**DRAFT**

Estimated Proforma Revenues & Expenses for Cypress & Laguna-Dana Clinics as of 6/30/2017
*Beginning June 1, 2017*

|  | Thru 7/30/2017 | Thru 8/31/2017 |
|---|---:|---:|
| Estimated Revenues | $ 440,000 | $ 660,000 |
| **Estimated Operating Expenses** [A] | | |
| Payroll | $ (151,000) | $ (219,000) |
| Payroll Taxes | (44,200) | (54,800) |
| Insurance | (7,000) | (14,000) |
| Benefits | (13,000) | (19,500) |
| 3rd Party Staffing Resources - LOCUM | (14,000) | (18,000) |
| Rent | (22,000) | (44,000) |
| **Key Vendors** | | |
| ECW (EMR Platform) | (22,500) | (32,500) |
| Medline (Medical Supplies) | (50,625) | (73,125) |
| Access Medical Billing (3rd Party Billing) 5.0% of cash collected | (22,500) | (32,500) |
| Trizetto (Clearing House for Claims / Patient Stmts) | (11,250) | (16,250) |
| Utilities | (9,000) | (15,000) |
| IT & Communications | (4,800) | (6,000) |
| Office and Other Supplies | (2,000) | (2,000) |
| Employee Reimbursable Expenses | (2,000) | (2,000) |
| Total Estimated Operating Expenses | $ (375,875) | $ (548,675) |
| **Estimated Net Income (Loss)** | $ 64,125 | $ 111,325 |
| *Estimated Proforma Average Weekly Net Income (Loss)* [B] | $ 8,016 | $ 8,906 |

A  Exludes any interest or principal payments to Opus Bank.

B  Excludes any receivership fees and costs.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
BUCHALTER, 1000 Wilshire Blvd, Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): LIMITED OPPOSITION TO DEBTOR'S EX PARTE MOTION FOR JOINT ADMINISTRATION PURSUANT TO 11 U.S.C. § 105(a); DECLARATION OF STEVEN M. SPECTOR

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 3, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
COUNSEL FOR HOAG URGENT CARE: Michael T Delaney    mdelaney@bakerlaw.com, sgaeta@bakerlaw.com
STAFF ATTY UST: Michael J Hauser    michael.hauser@usdoj.gov
COUNSEL HOAG URGENT CARE: Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
COUNSEL OPUS: Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
COUNSEL HOAG MEMORIAL: Randye B Soref    rsoref@polsinelli.com, acruickshank@polsinelli.com
COUNSEL FOR OPUS: Steven M Spector    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
OFFICE UST: United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 3, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
*Debtor*
**Hoag Urgent Care - Huntington Harbour, Inc.**
PO Box 8979
Newport Beach, CA 92658

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Messenger:
Hon. Theodor C. Albert
U.S. Bankruptcy Court
411 W. Fourth Street, Suite 5085
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 3, 2017 | Shirlene Martin | /s/ Shirlene Martin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**