BARRY A. SMITH (SBN: 48697)
  bsmith@buchalter.com
STEVEN M. SPECTOR (SBN: 51623)
  sspector@buchalter.com
ANTHONY J. NAPOLITANO (SBN: 227691)
  anapolitano@buchalter.com
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891.0700
Facsimile: (213) 896.0400

Attorneys for Secured Creditor Opus Bank

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re | Case No. 8:17-bk-13078-TA |
|---|---|
| Hoag Urgent Care – Huntington Harbour, Inc., | Chapter 11 |
| Debtor. | **OPUS BANK'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF JENNIFER AMSTER IN SUPPORT OF DEBTOR'S EX PARTE MOTION FOR JOINT ADMINISTRATION PURSUANT TO 11 U.S.C. § 105(a)** |
| | [Limited opposition concurrently filed] |
| | Date: TBD<br>Time: TBD<br>Place: United States Bankruptcy Court<br>Courtroom 5B<br>411 West Fourth Street<br>Santa Ana, California 92701 |

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

1
**EVIDENTIARY OBJECTIONS TO DECLARATION OF JENNIFER AMSTER
IN SUPPORT OF DEBTOR'S EX PARTE MOTION FOR JOINT ADMINISTRATION**

BN 29786458V1

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, ITS COUNSEL AND ALL PARTIES IN INTEREST:**

Opus Bank respectfully submits this evidentiary objection to the *Declaration of Jennifer Amster* submitted in support of the *Ex Parte Motion for Joint Administration Pursuant to 11 U.S.C. § 105(a)* (the "Motion") filed by debtor Hoag Urgent Care – Huntington Harbour, Inc., debtor in the above-captioned chapter 11 bankruptcy case. On August 2, 2017, the Debtor and its affiliates each filed voluntary chapter 11 petitions as follows:

| Debtor: | Case No.: |
|---|---|
| Hoag Urgent Care-Tustin, Inc. | 8:17-bk-13077-TA |
| Hoag Urgent Care – Huntington Harbour, Inc. | 8:17-bk-13078-TA |
| Hoag Urgent Care – Orange, Inc. | 8:17-bk-13079-TA |
| Hoag Urgent Care – Anaheim Hills, Inc. | 8:17-bk-13080-TA |
| Cypress Urgent Care, Inc. | 8:17-bk-13089-TA |
| Laguna Dana Urgent Care Inc. | 8:17-bk-13090-TA |

On August 3, 2017, each of the foregoing debtors filed ex parte motions for joint administration substantially similar to the Motion that is the subject of Opus Bank's limited opposition. In support of the ex parte motions, the affiliated debtors submitted the Declaration of Jennifer Amster, which is substantially similar for each of the motions.[1] Opus Bank hereby submits these evidentiary objections to the Declaration of Jennifer Amster as follows:

| Declaration of Jennifer Amster | Evidentiary Objection |
|---|---|
| Paragraph 5: "The Debtors will be jointly and severally liable for all of the administrative professional fees and expenses incurred in the course of the Bankruptcy Cases." | Opus Bank objects to this statement as lacking in foundation. FED. R. EVID. 602. The declarant does not state with sufficient specificity how she has personal knowledge of the facts stated in the declaration. Opus Bank further objects to the extent that this is an improper legal conclusion. *Hubbard v. Twin Oaks Health & Rehab Ctr.*, 408 |

---

[1] Opus Bank has filed evidentiary objections in each of the bankruptcy cases for the affiliated debtors. For the convenience of the Court, each evidentiary objection is substantially similar to the instant evidentiary objection.

2

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**EVIDENTIARY OBJECTIONS TO DECLARATION OF JENNIFER AMSTER
IN SUPPORT OF DEBTOR'S EX PARTE MOTION FOR JOINT ADMINISTRATION**

BN 29786458V1

| | |
|---|---|
| | F. Supp. 2d 923, 930 (E.D. Cal. 2004) (sustaining objection because statements in declaration constituted improper legal conclusions and conclusory statements without supporting facts).<br><br>Opus Bank further objects to this statement to the extent that it is an impermissible expert opinion regarding a legal conclusion. *See also Crow Tribe of Indians v. Racicot,* 87 F.3d 1039, 1045 (9th Cir. 1996) (stating that expert testimony is not proper for issues of law); *Aguilar v. Int'l Longshoremen's Union Local No. 10,* 966 F.2d 443, 447 (9th Cir. 1992) (stating that matters of law are "inappropriate subjects for expert testimony").<br><br>To the extent that this is not a legal conclusion, the declarant has not been qualified as an expert sufficient to opine as to whether the affiliated debtors would be jointly and severally liable. Moreover, if the declarant is not testifying as an expert, then this testimony constitutes impermissible expert testimony by a lay witness. FED. R. EVID. 701. |
| Paragraph 6: "In addition to the benefits of joint administration, I do not believe that the rights of the Debtors' respective creditors will be adversely affected by joint administration of the Bankruptcy Cases." | Opus Bank objects to this statement as lacking in foundation. FED. R. EVID. 602. The declarant does not state with sufficient specificity how she has personal knowledge of the facts stated in the declaration. Opus Bank further objects to the extent that this is an improper legal conclusion. *Hubbard v. Twin Oaks Health & Rehab Ctr.*, 408 F. Supp. 2d 923, 930 (E.D. Cal. 2004) (sustaining objection because statements in declaration constituted improper legal conclusions and conclusory statements without supporting facts). |

3

**EVIDENTIARY OBJECTIONS TO DECLARATION OF JENNIFER AMSTER
IN SUPPORT OF DEBTOR'S EX PARTE MOTION FOR JOINT ADMINISTRATION**

|  | Opus Bank further objects to this statement to the extent that it is an impermissible expert opinion regarding a legal conclusion. *See also Crow Tribe of Indians v. Racicot,* 87 F.3d 1039, 1045 (9th Cir. 1996) (stating that expert testimony is not proper for issues of law); *Aguilar v. Int'l Longshoremen's Union Local No. 10,* 966 F.2d 443, 447 (9th Cir. 1992) (stating that matters of law are "inappropriate subjects for expert testimony"). To the extent that this is not a legal conclusion, the declarant has not been qualified as an expert sufficient to opine as to whether the rights of the affiliated debtors' respective creditors will be adversely affected by joint administration. Moreover, if the declarant is not testifying as an expert, then this testimony constitutes impermissible expert testimony by a lay witness. FED. R. EVID. 701. |
|---|---|

DATED: August 3, 2017                    BUCHALTER, a Professional Corporation


By:  */s/ Anthony J. Napolitano*
         BARRY A. SMITH
        STEVEN M. SPECTOR
     ANTHONY J. NAPOLITANO
  Attorneys for Secured Creditor Opus Bank

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

4

**EVIDENTIARY OBJECTIONS TO DECLARATION OF JENNIFER AMSTER
IN SUPPORT OF DEBTOR'S EX PARTE MOTION FOR JOINT ADMINISTRATION**

BN 29786458V1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
BUCHALTER, 1000 Wilshire Blvd, Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): OPUS BANK'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF JENNIFER AMSTER IN SUPPORT OF DEBTOR'S EX PARTE MOTION FOR JOINT ADMINISTRATION PURSUANT TO 11 U.S.C. § 105(a)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 3, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
COUNSEL FOR HOAG URGENT CARE: Michael T Delaney    mdelaney@bakerlaw.com, sgaeta@bakerlaw.com
STAFF ATTY UST: Michael J Hauser    michael.hauser@usdoj.gov
COUNSEL HOAG URGENT CARE: Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
COUNSEL OPUS: Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
COUNSEL HOAG MEMORIAL: Randye B Soref    rsoref@polsinelli.com, acruickshank@polsinelli.com
COUNSEL FOR OPUS: Steven M Spector    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
OFFICE UST: United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 3, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
*Debtor*
**Hoag Urgent Care - Huntington Harbour, Inc.**
PO Box 8979
Newport Beach, CA 92658

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Messenger:
Hon. Theodor C. Albert
U.S. Bankruptcy Court
411 W. Fourth Street, Suite 5085
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 3, 2017 | Shirlene Martin | /s/ Shirlene Martin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**