**Fill in this information to identify the case:**

Debtor name    **Hoag Urgent Care - Huntington Harbour, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13078**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■    Amended *Schedule*    **20 Largest Unsecured Creditors & Mailing**

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2017**    X **/s/ Dr. Robert C. Amster**
                                          Signature of individual signing on behalf of debtor

                                          **Dr. Robert C. Amster**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Hoag Urgent Care - Huntington Harbour, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **8:17-bk-13078** |

☑ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders - FIRST AMENDED

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A-S Medication Solutions P.O. Box 8 Fremont, NE 68025** | | **Business Debt** | | | | **$2,186.41** |
| **Access Medical Management 2325 W. Victory Blvd., Suite #1 Burbank, CA 91506** | | **Business Debt** | | | | **$52,632.60** |
| **Araselly Casas 11092 Iris Drive Garden Grove, CA 92840** | | **Unpaid wages/salary** | | | | **$1,916.58** |
| **Bikash Devaraj, M.D. 330 Cordova St., Apt. 305 Pasadena, CA 91101** | | **Business Debt** | | | | **$1,250.00** |
| **Continental Maintenance, Inc. 13318 Mapledale Street Norwalk, CA 90650** | | **Business Debt** | | | | **$1,815.00** |
| **Cox Communications P.O. Box 53280 Phoenix, AZ 85072** | | **Utilities** | | | | **$2,121.60** |
| **Guillermo Lazo 24531 Los Alisos Blvd., #210 Laguna Hills, CA 92653** | | **Unpaid wages/salary** | | | | **$2,151.11** |
| **Hall & Company 111 Pacifica, Ste. 300 Irvine, CA 92618** | | **Business Debt** | | | | **$3,366.25** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Hoag Urgent Care - Huntington Harbour, Inc. | | Case number *(if known)* | **8:17-bk-13078** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Harsha Patel**<br>**1275 N. Chrisden**<br>**Street, #G207**<br>**Anaheim, CA 92807** | | **Unpaid wages/salary** | | | | **$1,258.15** |
| **Jacqueline Vega**<br>**8571 Pyle Way**<br>**Midway City, CA 92655** | | **Unpaid wages/salary** | | | | **$1,761.94** |
| **Jennifer Amster**<br>**822 E Lomita Avenue**<br>**Orange, CA 92867** | | **Unpaid wages/salary** | | | | **$1,758.20** |
| **Marvin D. Prichard, M.D.**<br>**425 Panama Avenue**<br>**Long Beach, CA 90814** | | **Business Debt** | | | | **$2,600.00** |
| **Marvin Prichard, M.D.**<br>**425 Panama Avenue**<br>**Long Beach, CA 90814** | | **Unpaid wages/salary** | | | | **$4,271.00** |
| **Medline Industries**<br>**Dept. LA 21558**<br>**Pasadena, CA 91185** | | **Business Debt** | | | | **$3,535.17** |
| **Provider Healthcare, LLC**<br>**4252 South Highland Drive Suite 104**<br>**Salt Lake City, UT 84124** | | **Business Debt** | | | | **$13,037.17** |
| **PSS World Medical, Inc.**<br>**P.O. Box 749499**<br>**Los Angeles, CA 90074-9499** | | **Business Debt** | | | | **$4,360.59** |
| **Robila Ashfaq, M.D.**<br>**20 Dinuba**<br>**Irvine, CA 92602** | | **Unpaid wages/salary** | | | | **$1,643.00** |
| **Tiffany Ngo**<br>**1517 N Newhope Street, #66**<br>**Santa Ana, CA 92703** | | **Unpaid wages/salary** | | | | **$2,570.06** |
| **Whitaker Medical, LLC**<br>**Filer 50834**<br>**Los Angeles, CA 90074** | | **Business Debt** | | | | **$1,248.75** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number *(if known)* | **8:17-bk-13078** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Xerox Corporation P.O. Box 650361 Dallas, TX 75265-0361** | | **Business Debt** | | | | **$3,497.63** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**In re Cypress Urgent Care, Inc., Case No. 8:17-bk-13089-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Hoag Urgent Care - Anaheim Hills, Inc., Case No. 8:17-bk-13080-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Hoag Urgent Care - Orange, Inc., Case No. 8:17-bk-13079-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Hoag Urgent Care - Tustin, Inc., Case No. 8:17-bk-13077-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Laguna Dana Urgent Care Inc., Case No. 8:17-bk-13090-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Tustin, California**                          , California.

Date:    **August 25, 2017**

**/s/ Dr. Robert C. Amster**
**Dr. Robert C. Amster**
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 1          F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

Debtor name   **Hoag Urgent Care - Huntington Harbour, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:17-bk-13078**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
      Copy line 88 from *Schedule A/B*....................................................................................   $      **0.00**

   **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................................................   $     **435,950.62**

   **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*...................................................................................   $     **435,950.62**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **2,231,370.30**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $     **23,794.25**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$     **97,613.22**

4.   Total liabilities ........................................................................................................
   Lines 2 + 3a + 3b           $    **2,352,777.77**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name __**Hoag Urgent Care - Huntington Harbour, Inc.**__ |
| United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__ |
| Case number (if known) __**8:17-bk-13078**__ |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pacific Enterprise Bank** | **Checking Account** | **1615** | **$18,151.57** |
| 3.2. | **Opus Bank** | **Checking Account** | **8038** | **$5,253.67** |
| 3.3. | **Pacific Enterprise Bank** | **Checking Account** | **1607** | **$4,488.93** |
| 3.4. | **Union Bank** | **Checking Account (Receiver's Account)** | **4592** | **$15,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$42,894.17** |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number *(If known)* **8:17-bk-13078** |
|---|---|---|
| | Name | |

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:      **256,527.63** – **0.00** = .... **$256,527.63**
              face amount        doubtful or uncollectible accounts

11b. Over 90 days old:      **96,203.82** – **0.00** =.... **$96,203.82**
              face amount        doubtful or uncollectible accounts

12.      **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      **$352,731.45**

## Part 4:  Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** **Various Medical, Drug, and Office Supplies** | 07/31/2017 | Unknown | Comparable sale | $20,000.00 |

23.      **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.      **$20,000.00**

24.      **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.      **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | | Case number *(If known)* **8:17-bk-13078** |
|---|---|---|---|
| | Name | | |

| | ☑ Yes. Book value | **2140** | Valuation method | | Current Value | **1400** |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

<table>
<tr><td>Part 6:</td><td>Farming and fishing-related assets (other than titled motor vehicles and land)</td></tr>
</table>

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

<table>
<tr><td>Part 7:</td><td>Office furniture, fixtures, and equipment; and collectibles</td></tr>
</table>

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Miscellaneos Desks, File Cabinets, Office Furnishings, Chairs, Tables, Breakroom Equipment, Lamps, Bookcases, Reception Furniture, Frame(s), Decorative Items, etc.** | **Unknown** | **Comparable sale** | **$1,350.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **1 CR System for Printing X -Rays (Fuji, FCR Capsula XL II)** | **$0.00** | **Comparable sale** | **$5,000.00** |
| **2 Exam Room Tables (Midmark, Ritter 204)** | **$0.00** | **Comparable sale** | **$350.00** |
| **1 Autoclave (Midmark, M11 Autoclave)** | **$0.00** | **Comparable sale** | **$100.00** |
| **2 Hanging Examination Lights-Single (Midmark Ritter 355 -028)** | **$0.00** | **Comparable sale** | **$500.00** |
| **1 X-Ray Table System (Bennet X-Ray B-180M6F; Year: 1993; SN: B-19768)** | **$0.00** | **Comparable sale** | **$8,000.00** |
| **6 Otoscope / Ophthalmoscope Systems (Welch Allyn 76710)** | **$0.00** | **Comparable sale** | **$600.00** |
| **1 Baby Scale (Tanita, Baby Scale)** | **$0.00** | **Comparable sale** | **$50.00** |
| **1 Eye Examination Station with Power Table (Top Con SL -1E; PS11A Power Supply)** | **$0.00** | **Comparable sale** | **$850.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Hoag Urgent Care - Huntington Harbour, Inc.**                    Case number *(If known)*  **8:17-bk-13078**
          Name

| | | | |
|---|---|---|---|
| **3 Stationary Exam Room Tables (Brewer, Element Treatment Table)** | $0.00 | Comparable sale | $250.00 |
| **1 Urine Analyzer (Welch Allyn, 120 Urine Analyzer)** | $0.00 | Comparable sale | $25.00 |
| **1 Vitals Monitor with Stand (Welch Allyn, Vitals Monitor with Stand)** | $0.00 | Comparable sale | $100.00 |
| **1 High / Low Exam Table (Brewer, Access High / Low Exam Table)** | $0.00 | Comparable sale | $100.00 |
| **1 Portable Defibrillator (AED) (Cardiac Science, Portable Powerheart AED G3)** | $0.00 | Comparable sale | $150.00 |
| **1 Digital Scale (Health-o-Meter, Digital Scale)** | $0.00 | Comparable sale | $25.00 |
| **1 ECG Monitoring System with Stand & Table (Welch Allyn, ECG Monitoring System)** | $0.00 | Comparable sale | $100.00 |
| **1 Refrigerator** | $0.00 | Comparable sale | $180.00 |
| **1 Washer / Dryer Pair** | $0.00 | Comparable sale | $180.00 |
| **1 Audiometer** | $0.00 | Comparable sale | $120.00 |
| **1 ACLS Crash Cart** | $0.00 | Comparable sale | $130.00 |
| **Miscellaneous Computers, Computers Equipment, Printer(s), Scanner(s), Computer Software(s), Telephone(s), and Telephone System(s)** | Unknown | Comparable sale | $1,665.00 |
| **Other Miscellaneous Medical Equipment** | $0.00 | Comparable sale | $500.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                    | **$20,325.00** |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number *(if known)* **8:17-bk-13078** |
|---|---|---|
| | Name | |

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customers List | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number *(If known)* **8:17-bk-13078** |
|---|---|---|
| | Name | |

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**The Debtor is in the process of engaging a forensic tax accountant to analyze the prior tax returns and financials for each of the Debtors from inception to present. In the event that this analysis demonstrates that there are additional funds transferred between any of the Debtors and/or affiliated entities, the respective Schedules B and F will be amended, as necessary and appropriate.**

**Unknown**

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| **$0.00** |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number *(If known)* **8:17-bk-13078** |
|---|---|---|
| | Name | |

---

**Part 12:**    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $42,894.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $352,731.45 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,325.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | +    $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $435,950.62 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $435,950.62 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Hoag Urgent Care - Huntington Harbour, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13078**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Opus Bank** <br> Creditor's Name <br><br> **19900 MacArthur Boulevard 12th Floor Irvine, CA 92612** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **September 2013** <br> **Last 4 digits of account number** <br> **0181** <br> **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien <br> **All inventory, equipment, accounts, chattel paper, instruments - UCC-1 (Doc. No. 13-7380131946)** <br><br> Describe the lien <br> **Non-Purchase Money Security** <br> Is the creditor an insider or related party? <br> ■ No <br> ☐ Yes <br> Is anyone else liable on this claim? <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | **$2,231,370.30** | **Unknown** |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$2,231,370.30** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Buchalter, a Prof. Corporation** <br> **Attention: Barry A. Smith** <br> **1000 Wilshire Blvd., Suite 1500** <br> **Los Angeles, CA 90017-2457** | Line   **2.1** | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number (if know) | **8:17-bk-13078** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **David Stapleton**<br>**515 So. Flower St., 36th Floor,**<br>**Los Angeles, CA 90071** | Line **2.1** | | |
| **Newport Healthcare Center LLC**<br>**Attention: Sandy Smith**<br>**One Hoag Drive**<br>**P.O. Box 6100**<br>**Newport Beach, CA 92658-6100** | Line **2.1** | | |
| **Nicastro & Associates, P.C.**<br>**2 Park Plaza, Suite 650**<br>**Irvine, CA 92614** | Line **2.1** | | |
| **Opus Bank**<br>**Attention: Barry Smith**<br>**1000 Wilshire Boulevard, Suite 1500**<br>**12th Floor**<br>**Los Angeles, CA 90017-2457** | Line **2.1** | | |
| **Pacific Enterprise Bank**<br>**17748 Skypark Circle, #100**<br>**Irvine, CA 92614** | Line **2.1** | | **3600** |
| **St. Joseph Health System**<br>**Attention: Tara Cowell, Esq.**<br>**3345 Michelson Drive, Suite 100**<br>**Irvine, CA 92612** | Line **2.1** | | |
| **Tim Reimers, Esq.**<br>**2049 Century Park East, Suite 2900**<br>**Los Angeles, CA 90067** | Line **2.1** | | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

| Fill in this information to identify the case: |
|---|

Debtor name  **Hoag Urgent Care - Huntington Harbour, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **8:17-bk-13078**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Alexis Barajas**<br>**14608 Flatbush Avenue**<br>**Norwalk, CA 90650** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $351.31 | $351.31 |
|  | Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Angela Corning**<br>**993 Iron Horse Drive**<br>**San Marcos, CA 92078** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $395.60 | $395.60 |
|  | Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Hoag Urgent Care - Huntington Harbour, Inc. | Case number (if known) | 8:17-bk-13078 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,916.58 | $1,916.58 |
|---|---|---|---|---|
| | **Araselly Casas**<br>**11092 Iris Drive**<br>**Garden Grove, CA 92840** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.20 | $435.20 |
|---|---|---|---|---|
| | **Danielle Follweiler**<br>**3332 Florista Street**<br>**Los Alamitos, CA 90720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**July16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,130.75 | $1,130.75 |
|---|---|---|---|---|
| | **Dasey M. Gonzalez**<br>**13213 Magnolia Street, #H4**<br>**Garden Grove, CA 92844** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $778.63 | $778.63 |
|---|---|---|---|---|
| | **Erica Garcia**<br>**527 S Priscilla Way**<br>**Anaheim, CA 92806** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Hoag Urgent Care - Huntington Harbour, Inc. | Case number (if known) | 8:17-bk-13078 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.20 | $71.20 |
|---|---|---|---|---|

**Faye Amster**
**32 Drakes Bay Drive**
**Corona Del Mar, CA 92625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,151.11 | $2,151.11 |
|---|---|---|---|---|

**Guillermo Lazo**
**24531 Los Alisos Blvd., #210**
**Laguna Hills, CA 92653**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,258.15 | $1,258.15 |
|---|---|---|---|---|

**Harsha Patel**
**1275 N. Chrisden Street, #G207**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,761.94 | $1,761.94 |
|---|---|---|---|---|

**Jacqueline Vega**
**8571 Pyle Way**
**Midway City, CA 92655**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number *(if known)* | **8:17-bk-13078** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,758.20 | $1,758.20 |
|---|---|---|---|---|

**Jennifer Amster**
**822 E Lomita Avenue**
**Orange, CA 92867**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.80 | $53.80 |
|---|---|---|---|---|

**Jillian Piper**
**2942 North Sandy Beach Drive**
**Bay City, MI 48706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.51 | $150.51 |
|---|---|---|---|---|

**Joseph Ng**
**1702 S Varna Street**
**Anaheim, CA 92804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.60 | $410.60 |
|---|---|---|---|---|

**Kevin H.**
**1240 E. Ontario Ave.,**
**Suite 102-170**
**Corona, CA 92881**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Hoag Urgent Care - Huntington Harbour, Inc. | Case number (if known) | 8:17-bk-13078 |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.20 | $205.00 |
|---|---|---|---|---|

**Kristin Walsh**
**Walsh Consulting, Inc.**
**46 Serenity**
**Irvine, CA 92618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.60 | $439.60 |
|---|---|---|---|---|

**Kylee Lucas**
**1330 East Balsam**
**Anaheim, CA 92805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $119.00 |
|---|---|---|---|---|

**Lori Strawn**
**1401 Reisig Road**
**Saginaw, MI 48604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.60 | $208.60 |
|---|---|---|---|---|

**Marissa Munoz**
**2020 W Alameda Avenue, Apt. 16**
**Anaheim, CA 92801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Hoag Urgent Care - Huntington Harbour, Inc. | | Case number (if known) | 8:17-bk-13078 |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,271.00 | $4,271.00 |
|---|---|---|---|---|
| | **Marvin Prichard, M.D.** | *Check all that apply.* | | |
| | **425 Panama Avenue** | ☐ Contingent | | |
| | **Long Beach, CA 90814** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **July 16, 2017 - August 2, 2017** | **Unpaid wages/salary** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $927.70 | $927.70 |
|---|---|---|---|---|
| | **Natasha M. Oliver** | *Check all that apply.* | | |
| | **1805 Termino Avenue, #3201** | ☐ Contingent | | |
| | **Long Beach, CA 90815** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **July 16, 2017 - August 2, 2017** | **Unpaid wages/salary** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,643.00 | $1,643.00 |
|---|---|---|---|---|
| | **Robila Ashfaq, M.D.** | *Check all that apply.* | | |
| | **20 Dinuba** | ☐ Contingent | | |
| | **Irvine, CA 92602** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **July 16, 2017 - August 2, 2017** | **Unpaid wages/salary** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $786.51 | $786.51 |
|---|---|---|---|---|
| | **Tiare Maxilom** | *Check all that apply.* | | |
| | **5301 Huntley Avenue** | ☐ Contingent | | |
| | **Garden Grove, CA 92845** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **July 16, 2017 - August 2, 2017** | **Unpaid wages/salary** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number *(if known)* | **8:17-bk-13078** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,570.06 | $2,570.06 |
|---|---|---|---|---|

**Tiffany Ngo**
**1517 N Newhope Street, #66**
**Santa Ana, CA 92703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,186.41 |
|---|---|---|---|

**A-S Medication Solutions**
**P.O. Box 8**
**Fremont, NE 68025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,632.60 |
|---|---|---|---|

**Access Medical Management**
**2325 W. Victory Blvd., Suite #1**
**Burbank, CA 91506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Admiral Pest Control**
**9434 Artesia Blvd.**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $795.41 |
|---|---|---|---|

**Advanced Copier and Printers**
**16303 1/2 Piuma Ave.**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|---|

**Bikash Devaraj, M.D.**
**330 Cordova St., Apt. 305**
**Pasadena, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016 - 2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number *(if known)* | **8:17-bk-13078** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$399.34** |
|---|---|---|---|

**Blue Line Safety Surveys**
**P.O. Box 2571**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$402.27** |
|---|---|---|---|

**Central Drug System**
**16560 Harbor Blvd., Ste A**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Christina Bainter**
**17212 Santa Rita St.**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.48** |
|---|---|---|---|

**City of Huntington Beach**
**Police Department**
**2000 Main Street**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,815.00** |
|---|---|---|---|

**Continental Maintenance, Inc.**
**13318 Mapledale Street**
**Norwalk, CA 90650**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,121.60** |
|---|---|---|---|

**Cox Communications**
**P.O. Box 53280**
**Phoenix, AZ 85072**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.00** |
|---|---|---|---|

**Cryo Specialties**
**13335 Shawnee Rd.**
**Apple Valley, CA 92308**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number *(if known)* | **8:17-bk-13078** |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address

**Fire Doctor Extinguisher Company**
**13656 #B Red Hill Ave.**
**Tustin, CA 92780**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$75.00**

---

**3.14** | Nonpriority creditor's name and mailing address

**Freedom Imaging, Inc.**
**1401 Ball Rd., Suite E**
**Anaheim, CA 92805**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$250.00**

---

**3.15** | Nonpriority creditor's name and mailing address

**Hall & Company**
**111 Pacifica, Ste. 300**
**Irvine, CA 92618**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$3,366.25**

---

**3.16** | Nonpriority creditor's name and mailing address

**Harris Medical Associates**
**1180 Satellite Blvd.**
**Suite 200**
**Suwanee, GA 30024**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.17** | Nonpriority creditor's name and mailing address

**Integrity Healthcare Locums, LLC**
**P.O. Box 823424**
**Philadelphia, PA 19182-3424**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.18** | Nonpriority creditor's name and mailing address

**Marvin D. Prichard, M.D.**
**425 Panama Avenue**
**Long Beach, CA 90814**

Date(s) debt was incurred **2016 - 2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,600.00**

---

**3.19** | Nonpriority creditor's name and mailing address

**Medline Industries**
**Dept. LA 21558**
**Pasadena, CA 91185**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$3,535.17**

---

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number *(if known)*  **8:17-bk-13078** |
|---|---|---|
| | Name | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$726.99** |
|---|---|---|---|

**Minuteman Plumbing & Drain Services**
P.O. Box 4983
Garden Grove, CA 92842

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mission Recruiting, LLC**
3020 Saturn Street, Ste. 201
Brea, CA 92821

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt -
Listed for notice purposes only because no direct privity relationship
exists with the Debtor.**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$778.00** |
|---|---|---|---|

**Modern Business Machines, Inc.**
11700 West Charleston Blvd.
Suite 170
Las Vegas, NV 89104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$475.00** |
|---|---|---|---|

**National Fire & Safety Inspection
Accounts Receivable**
P.O. Box 206
El Toro, CA 92609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Newport Healthcare Center, LLC**
1 Hoag Drive
Newport Beach, CA 92663

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016 - 2017**

Basis for the claim:  **Business Debt -
Listed for notice purposes only because no direct privity relationship
exists with the Debtor.**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,037.17** |
|---|---|---|---|

**Provider Healthcare, LLC**
4252 South Highland Drive Suite 104
Salt Lake City, UT 84124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number (if known) | **8:17-bk-13078** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Provider Locum Tenens**
**7460 Warren Pkwy #100**
**Frisco, TX 75034**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **_**

Basis for the claim:  **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,360.59** |
|---|---|---|---|

**PSS World Medical, Inc.**
**P.O. Box 749499**
**Los Angeles, CA 90074-9499**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **_**

Basis for the claim:  **Business Debt**

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rhino Medical Services**
**P.O. Box 16253**
**Greenville, SC 29606-6000**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **_**

Basis for the claim:  **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.18** |
|---|---|---|---|

**Sign Specialists Corporation**
**111 W. Dyer Road, Unit F**
**Santa Ana, CA 92707**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **_**

Basis for the claim:  **Business Debt**

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$388.00** |
|---|---|---|---|

**Singer Lewak**
**10960 Wilshire Blvd., 7th Floor**
**Los Angeles, CA 90024**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **_**

Basis for the claim:  **Business Debt**

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.97** |
|---|---|---|---|

**Southern California Gas Company**
**P.O. Box C**
**Monterey Park, CA 91756**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **_**

Basis for the claim:  **Utilities**

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Spectrum Fire Protection**
**1330 E. Orangethorpe Ave.**
**Fullerton, CA 92831**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **_**

Basis for the claim:  **Business Debt**

Is the claim subject to offset?  ■ No  □ Yes

---

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number (if known) | **8:17-bk-13078** |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$977.17** |
|---|---|---|---|

**The New Answernet**
4778 Dewey Drive
Fair Oaks, CA 95628-4401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2016-2017__

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119.24** |
|---|---|---|---|

**Thermal Combustion Innovators, Inc.**
241 W. Laurel Street
Colton, CA 92324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2016-2017__

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Thomas Reuters/Barclays**
P.O. Box 95767
Chicago, IL 60697

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2016-2017__

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,248.75** |
|---|---|---|---|

**Whitaker Medical, LLC**
Filer 50834
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2016-2017__

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,497.63** |
|---|---|---|---|

**Xerox Corporation**
P.O. Box 650361
Dallas, TX 75265-0361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2016-2017__

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 23,794.25 |
| 5b. Total claims from Part 2 | 5b. | + $ | 97,613.22 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 121,407.47 |

| Fill in this information to identify the case: |
|---|

| Debtor name | **Hoag Urgent Care - Huntington Harbour, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **8:17-bk-13078** |

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| State the term remaining  **N/A** | **ADOC**<br>**600 City Pkwy West**<br>**Suite 400**<br>**Orange, CA 92868** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| State the term remaining  **N/A** | **AETNA**<br>**1200 W. 7th Street**<br>**Suite 5**<br>**Los Angeles, CA 90017** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| State the term remaining  **N/A** | **Altius Healthcare**<br>**10421 S. Jordan Gtwy**<br>**South Jordan, UT 84095** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| State the term remaining  **N/A** | **AMS - American Medical Security**<br>**818 W 7th Street**<br>**Suite 930**<br>**Los Angeles, CA 90017** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Hoag Urgent Care - Huntington Harbour, Inc.** | | Case number (*if known*) | **8:17-bk-13078** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **AMVI Prospect Medical Group** |
| | List the contract number of any government contract | | **400 Corporate Pointe**<br>**Culver City, CA 90230** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **AMVI/Prospect Medical Group, Inc.** |
| | List the contract number of any government contract | | **Attn: Director, Contracting**<br>**1920 E. 17th Street, Suite 200**<br>**Santa Ana, CA 92705** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Applecare Medical Group** |
| | List the contract number of any government contract | | **10800 Paramount Blvd.**<br>**Downey, CA 90241** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Applecare Medical Management** |
| | List the contract number of any government contract | | **18 Centerpointe Drive**<br>**La Palma, CA 90623** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **ARTA** |
| | List the contract number of any government contract | | **1629 W 17th Street**<br>**Ste. B**<br>**Santa Ana, CA 92706** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Beech Street Network** |
| | List the contract number of any | | **25500 Commercentre Dr.**<br>**Lake Forest, CA 92630** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **Hoag Urgent Care - Huntington Harbour, Inc.** | | Case number (*if known*) | **8:17-bk-13078** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | government contract | | |
| **2.11.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Blue Cross** |
| | List the contract number of any government contract | | **409 S. Glendale Ave.** **Glendale, CA 91205** |
| **2.12.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Blue Cross Covered California** |
| | List the contract number of any government contract | | **21555 Oxnard Street** **Woodland Hills, CA 91367** |
| **2.13.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Blue Shield** **5250 N. Palm Ave.** |
| | List the contract number of any government contract | | **Suite 120** **Fresno, CA 93704** |
| **2.14.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Bristol Park Medical Goup** **11420 Warner Avenue** |
| | List the contract number of any government contract | | **Ste. 110** **Fountain Valley, CA 92708** |
| **2.15.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Bristol Park Medical Group** |
| | List the contract number of any government contract | | **250 E. Yale Loop** **Irvine, CA 92604** |
| **2.16.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **CalOptima Direct** **505 City Pkwy West** **Orange, CA 92868** |

| Debtor 1 | **Hoag Urgent Care - Huntington Harbour, Inc.** | | Case number *(if known)* | **8:17-bk-13078** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| | State the term remaining | **N/A** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Care More Medical Group** |
| | List the contract number of any government contract | | **303 S. Union Ave.** **Los Angeles, CA 90017** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Care More Medical Group** **12900 Park Plaza Dr.** |
| | List the contract number of any government contract | | **Suite 150** **Cerritos, CA 90703** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Care More Medical Group** |
| | List the contract number of any government contract | | **303 S, Union Ave.** **Los Angeles, CA 90017** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Care More Medical Group** **12900 Park Plaza Dr.** |
| | List the contract number of any government contract | | **Suite 150** **Cerritos, CA 90703** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Care More Medical Group** |
| | List the contract number of any government contract | | **3513 E. 1st St.** **Los Angeles, CA 90063** |

Debtor 1    **Hoag Urgent Care - Huntington Harbour, Inc.**                                    Case number (*if known*)    **8:17-bk-13078**
            First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Care More Medical Group**<br>**908 S. Central Ave.**<br>**Glendale, CA 91204** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **CHAMPVA Supplemental Insurance**<br>**11000 Wilshire Blvd.**<br>**Los Angeles, CA 90024** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Children Hospital of Orange County**<br>**1201 W. La Veta Ave., Suite No.450**<br>**Orange, CA 92868** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **CHOC Physicians Network (CPN)**<br>**1120 W. La Veta, Suite 450**<br>**Orange, CA 92868** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Cigna**<br>**400 N. Brand Blvd**<br>**Glendale, CA 91203** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any | | **Coast Heathcare Management**<br>**10833 Valley View Street**<br>**Suite 300**<br>**Cypress, CA 90630** |

| Debtor 1 | **Hoag Urgent Care - Huntington Harbour, Inc.** | | Case number *(if known)* | **8:17-bk-13078** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Coast Heathcare Management 4909 Lakewood Blvd. Suite 200 Lakewood, CA 90712** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Coast Heathcare Management 3300 E. South Street Lakewood, CA 90805** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Culinary Health Fund 1901 Las Vegas Blvd. S, Suite 107 Las Vegas, NV 89104** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Delta Health Systems 3244 Brookside Road Stockton, CA 95219** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Delta Health Systems 3244 Brookside Road Stockton, CA 95219** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **EBA & M 3505 Cadillac Ave., O-201 Costa Mesa, CA 92626** |
|---|---|---|---|

| Debtor 1 | **Hoag Urgent Care - Huntington Harbour, Inc.** | | Case number *(if known)* | **8:17-bk-13078** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | _____ | |
| **2.34.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Edinger Medical Group**<br>**9900 Talbert Ave.**<br>**Fountain Valley, CA 92708** |
| | List the contract number of any government contract | _____ | |
| **2.35.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Family Choice**<br>**1036 N. Lake Street**<br>**Burbank, CA 91502** |
| | List the contract number of any government contract | _____ | |
| **2.36.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **First Health**<br>**6450 US Highway 1**<br>**Rockledge, FL 32955** |
| | List the contract number of any government contract | _____ | |
| **2.37.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Gateway Medical Group**<br>**710 N. Euclid Street**<br>**Anaheim, CA 92801** |
| | List the contract number of any government contract | _____ | |
| **2.38.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **GEHA**<br>**17306 E. U.S. Highway 24**<br>**Independence, MO 64056** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | **Hoag Urgent Care - Huntington Harbour, Inc.** | | Case number *(if known)* | **8:17-bk-13078** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Golden Rule Insurance Company**<br>**1028 Pelican St.**<br>**Effingham, IL 62401** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Great-West Healthcare**<br>**6909 E. Greenway Pkwy**<br>**Suite 180**<br>**Scottsdale, AZ 85254** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Greater Newport Physicians**<br>**330 Placentia Ave.**<br>**Newport Beach, CA 92663** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Health Care Partners**<br>**2175 Park Place**<br>**El Segundo, CA 90245** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Health Care Partners**<br>**2175 Park Place**<br>**El Segundo, CA 90245** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Health EOS (EOS USA Headquarters)**<br>**10971 Sun Center Drive**<br>**Rancho Cordova, CA 95670** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1  **Hoag Urgent Care - Huntington Harbour, Inc.**                              Case number (*if known*)  **8:17-bk-13078**
_____
First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Health Net** |
| | List the contract number of any government contract | | **21650 Oxnard St.** **Woodland Hills, CA 91367** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Health Net** |
| | List the contract number of any government contract | | **21650 Oxnard St.** **Woodland Hills, CA 91367** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Health Smart** |
| | List the contract number of any government contract | | **222 West Las Colinas Blvd.** **Irving, TX 75039** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Health Value Management, Inc.** **dba ChoiceCare Network** **Attn: President** **P.O. Box 19013** **Green Bay, WI 54307** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Humana** |
| | List the contract number of any government contract | | **500 W. Main Street** **Louisville, KY 40202** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **ILWU-PMA Benefit Plans** **1188 Franklin Street** **San Francisco, CA 94109** |
|---|---|---|---|

| Debtor 1 | **Hoag Urgent Care - Huntington Harbour, Inc.** | | Case number *(if known)* | **8:17-bk-13078** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **N/A** | |
| List the contract number of any government contract _____ | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining **N/A** | **Medical** |
| | List the contract number of any government contract _____ | **5665 South Westridge Drive** **New Berlin, WC 53151** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement No. FO933A** |
|---|---|---|
| | State the term remaining **N/A** | **Medicare - CMS Headquarters** |
| | List the contract number of any government contract _____ | **7500 Security Blvd.** **Baltimore, MD 21244** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining **N/A** | **Memorial Care** |
| | List the contract number of any government contract _____ | **17360 Brookhurst Street** **#160** **Fountain Valley, CA 92708** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining **N/A** | **Mid West National Life Insurance** |
| | List the contract number of any government contract _____ | **P.O. Box 982010** **North Richland, TX 76182** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining **N/A** | **Monarch Med Group** |
| | List the contract number of any government contract _____ | **3700 South Street Town Suburb City** **Lakewood, CA 90712** |

| Debtor 1 | Hoag Urgent Care - Huntington Harbour, Inc. | | Case number *(if known)* | **8:17-bk-13078** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.56.** State what the contract or lease is for and the nature of the debtor's interest — **Medical Provider Agreement**

State the term remaining — **N/A**

List the contract number of any government contract

**Monarch Med Group
11 Technology Dr.
Irvine, CA 92618**

**2.57.** State what the contract or lease is for and the nature of the debtor's interest — **Medical Provider Agreement**

State the term remaining — **N/A**

List the contract number of any government contract

**MultiPlan
115 Fifth Avenue
New York, NY 10003**

**2.58.** State what the contract or lease is for and the nature of the debtor's interest — **Medical Provider Agreement**

State the term remaining — **N/A**

List the contract number of any government contract

**My Community Care
205 Bishops Way
Brookefield, WI 53005**

**2.59.** State what the contract or lease is for and the nature of the debtor's interest — **Medical Provider Agreement**

State the term remaining — **N/A**

List the contract number of any government contract

**Neustra Familia Medical Group
10780 Santa Monica Blvd.
Los Angeles, CA 90025**

**2.60.** State what the contract or lease is for and the nature of the debtor's interest — **Sub-Sublease Office Space
5355 Warner Avenue, Suite 102, Huntington Beach, California
Expiration Date: October 31, 2021 with two (2) five (5) year renewal options
Monthly Rent: $13,705.00**

State the term remaining — **4 years**

List the contract number of any government contract

**Newport Healthcare Center LLC
1 Hoag Drive
Newport Beach, CA 92663**

| Debtor 1 | **Hoag Urgent Care - Huntington Harbour, Inc.** | | Case number (*if known*) | **8:17-bk-13078** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Nippon Life Insurance**<br>**515 S. Figueroa Street**<br>**Suite 1470**<br>**Los Angeles, CA 90071** |
| | List the contract number of any government contract | _____ | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Noble AMA IPA**<br>**P.O. Box 4909**<br>**Oceanside, CA 92052** |
| | List the contract number of any government contract | _____ | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Noble Mid Orange County Med Group**<br>**c/o Healthsmart MSO, Inc.**<br>**10855 Business, Suite C**<br>**Cypress, CA 90630** |
| | List the contract number of any government contract | _____ | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Oscar Insurance Agency**<br>**4846 Huntington Dr.**<br>**Los Angeles, CA 90032** |
| | List the contract number of any government contract | _____ | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Pacific Care Health System**<br>**5701 Katella Ave.**<br>**Cypress, CA 90630** |
| | List the contract number of any government contract | _____ | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **PCIP-Pre Existing Condition Insurance**<br>**401 Edgewater Place**<br>**Suite 600**<br>**Wakefield, MA 01880** |
| | List the contract number of any | | |

Debtor 1    **Hoag Urgent Care - Huntington Harbour, Inc.**                                    Case number (*if known*)    **8:17-bk-13078**
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|
| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |  |
|  | State the term remaining | **N/A** | **PHCS - Private HealthCare Systems, Inc.**<br>**9701 W. Higgins Rd.**<br>**Suite 700**<br>**Rosemont, IL 60018** |
|  | List the contract number of any government contract |  |  |
| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |  |
|  | State the term remaining | **n/a** | **Physicians Healthways**<br>**1055 Park View Drive**<br>**Suite 119**<br>**Covina, CA 91724** |
|  | List the contract number of any government contract |  |  |
| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |  |
|  | State the term remaining | **N/A** | **Pioneer IPA**<br>**17777 Center Court Drive**<br>**Suite 400**<br>**Cerritos, CA 90703** |
|  | List the contract number of any government contract |  |  |
| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |  |
|  | State the term remaining | **N/A** | **Primary Provider Management**<br>**511 S. Joy Street**<br>**Corona, CA 92879** |
|  | List the contract number of any government contract |  |  |
| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |  |
|  | State the term remaining | **N/A** | **Primary Provider Management**<br>**2155 Compton Ave.**<br>**Corona, CA 92881** |
|  | List the contract number of any government contract |  |  |
| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **Promesa Health**<br>**1100 S. San Pedro St.**<br>**Suite D05**<br>**Los Angeles, CA 90015** |

| Debtor 1 | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number *(if known)* | **8:17-bk-13078** |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **n/a** | **Prospect Medical Group** |
| | List the contract number of any government contract | | **400 Corporate Pointe** **Culver City, CA 90230** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Providence Health System** |
| | List the contract number of any government contract | | **14051 Paramount Blvd.** **Paramount, CA 90723** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Management and Administrative Services Agreement** | |
| | State the term remaining | **50 months** | **Radiant Physician Group, Inc.** |
| | List the contract number of any government contract | | **18231 Irvine Blvd., Ste. 204** **Tustin, CA 92780** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Regal Medical Group** |
| | List the contract number of any government contract | | **P.O. Box 371330** **Reseda, CA 91337** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Saigon Med Group, Inc.** |
| | List the contract number of any government contract | | **10855 Business Ctr. Dr.** **Cypress, CA 90630** |

Debtor 1  **Hoag Urgent Care - Huntington Harbour, Inc.**

   First Name           Middle Name           Last Name

Case number (*if known*)  **8:17-bk-13078**

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.78.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| State the term remaining | **N/A** |
| List the contract number of any government contract | **Sharp Health Plan**<br>**4305 University Ave.**<br>**San Diego, CA 92105** |
| **2.79.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| State the term remaining | **N/A** |
| List the contract number of any government contract | **St. Joseph Heritage**<br>**845 W. La Veta Ave.**<br>**Suite 108**<br>**Orange, CA 92868** |
| **2.80.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| State the term remaining | **N/A** |
| List the contract number of any government contract | **St. Joseph IPA**<br>**500 S. Main Street**<br>**Suite 600**<br>**Orange, CA 92868** |
| **2.81.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| State the term remaining | **N/A** |
| List the contract number of any government contract | **St. Jude Heritage**<br>**12942 Harbor Blvd.**<br>**Garden Grove, CA 92840** |
| **2.82.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| State the term remaining | **N/A** |
| List the contract number of any government contract | **Starcare  Medical Group**<br>**1920 E. 17th Street**<br>**Suite 200**<br>**Santa Ana, CA 92705** |
| **2.83.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| State the term remaining | **N/A** |
| List the contract number of any | **Talbert Medical Group**<br>**1665 Scenic Ave.**<br>**Ste. 100**<br>**Costa Mesa, CA 92626** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1    **Hoag Urgent Care - Huntington Harbour, Inc.**                                    Case number (*if known*)    **8:17-bk-13078**
　　　　　First Name    　　Middle Name    　　Last Name

<table>
<tr><td style="background:#4a0033;"> </td><td colspan="2"><b>Additional Page if You Have More Contracts or Leases</b></td></tr>
</table>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Three Rivers Provider Network**<br>**910 Hale Place**<br>**Chula Vista, CA 91914** |
| | List the contract number of any government contract | | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Tricare**<br>**270 32nd Street**<br>**San Diego, CA 92102** |
| | List the contract number of any government contract | | |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **UFCW Food and Commercial Workers**<br>**2220 Hyperion Ave.**<br>**Los Angeles, CA 90027** |
| | List the contract number of any government contract | | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **UFCW Food and Commercial Workers**<br>**630 Shatto Pl.**<br>**Los Angeles, CA 90005** |
| | List the contract number of any government contract | | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **UFCW Food and Commercial Workers**<br>**2701 E. Gage Ave.**<br>**Suite 202**<br>**Huntington Park, CA 90255** |
| | List the contract number of any government contract | | |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **UMR**<br>**5151 Pfeiffer Rd.**<br>**Suite 400**<br>**Cincinnati, OH 45242** |
|---|---|---|---|

| Debtor 1 | **Hoag Urgent Care - Huntington Harbour, Inc.** | | Case number *(if known)* | **8:17-bk-13078** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining    **N/A** | |
| List the contract number of any government contract    _____ | |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | _____ | **United Health Care**<br>**14980 Sand Canyon Avenue**<br>**Irvine, CA 92618** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | _____ | **Vantage**<br>**2115 Compton Ave.**<br>**Ste. 300**<br>**Corona, CA 92881** |

| Fill in this information to identify the case: |
|---|

Debtor name      **Hoag Urgent Care - Huntington Harbour, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:17-bk-13078**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Dr. Robert C. Amster** | **32 Drakes Bay Drive Corona De. Mar** | **Opus Bank** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Hoag Urgent Care - Anaheim Hills** | **5630 E. Santa Ana Canyon Rd. Anaheim, CA 92807** | **Opus Bank** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Hoag Urgent Care – Orange, Inc.** | **7630b. E. Chapman Ave. Orange, CA 92869** | **Opus Bank** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Hoag Urgent Care – Tustin, Inc.** | **2560 Bryan Ave., Suite A Tustin, CA 92780** | **Opus Bank** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Hoag Urgent Care - Huntington Harbour, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13078**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$529,044.15** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$596,899.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$1,383,752.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Hoag Urgent Care - Huntington Harbour, Inc.**                                Case number *(if known)*  **8:17-bk-13078**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attachment to SOFA No. 3.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Dr. Robert C. Amster**<br>**32 Drakes Bay Drive**<br>**Corona Del Mar, CA 92625**<br>**Owner/President** | **Various Dates** | **$58,536.00** | **Salary/Compensation for Services** |
| 4.2.    **Jennifer Amster**<br>**822 E. Lomita Ave.**<br>**Orange, CA 92867-6861**<br>**Daughter of Dr. Robert C. Amster, the owner of the Debtor** | **Various Dates** | **$33,912.00** | **Salary/Compensation for Services** |
| 4.3.    **Faye Amster**<br>**32 Drakes Bay Drive**<br>**Corona De. Mar**<br>**Wife of Dr. Robert C. Amster, the owner of the Debtor.** | **Various Dates** | **$8,258.00** | **Salary/Compensation for Services** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number *(if known)* **8:17-bk-13078** |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Opus Bank v. Hoag Urgent Care-Tustin, Inc., et. al.**<br>**30-2017-0091145-CU-BC-CJC** | **Civil** | **Orange County Superior Court**<br>**700 W Civic Center Dr.**<br>**Dept. C16**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Daniel & Yeager, LLC, et. al. v. Your Neighborhood Urgent Care, LLC**<br>**(Dismissed without prejudice)**<br>**47-cv-2016-900597** | **Civil** | **Alabama - Madison County Circuit Court**<br>**100 North Side Square**<br>**Huntsville, AL 35801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Opus Bank**<br>**Buchhulter (Attention: Barry Smith)**<br>**1000 Wilshire Boulevard, Suite 1500**<br>**12th Floor**<br>**Los Angeles, CA 90017-2457** | **Various assets and property of the Debtor.** | **Unknown** |

| Case title | Court name and address |
|---|---|
| **Opus v. Hoag Urgent Care-Tustin, et. al.** | **Orange County Superior Court** |
| Case number | **700 W Civic Center Dr.** |
| **30-2017-00912132-CU-BC-CJC** | **Dept. C16** |
| Date of order or assignment | **Santa Ana, CA 92701** |
| **May 25, 2017** | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | | Case number *(if known)* | **8:17-bk-13078** |

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **BakerHostetler 11601 Wilshire Boulevard, 14th Floor Los Angeles, CA 90025** | | **August 1, 2017** | **$10,000.00** |
| | Email or website address amcdow@bakerlaw.com | | | |
| | Who made the payment, if not debtor? **Dr. Robert C. Amster** | | | |
| 11.2. | **Force Ten Partners, LLC 20341 Birch Street, Suite 220 Newport Beach, CA 92660** | | **$6,666.67 7/28/2017 $1,666.67 7/24/2017 $1,666.67 7/19/2017 $833.33 4/27/2017 $833.33 4/7/2017** | **$11,666.67** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Radiant Physicians Group, Inc.** | | | |
| 11.3. | **Force Ten Partners, LLC 20341 Birch Street, Suite 220 Newport Beach, CA 92660** | | **$583.33 12/30/2016 $583.33 12/16/2016 $1,166.67 11/10/2016 $500.00 9/28/2016 $500.00 9/21/2016 $833.33 8/30/2016** | **$4,166.67** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Your Neighborhood Urgent Care, LLC** | | | |

Debtor  **Hoag Urgent Care - Huntington Harbour, Inc.**                    Case number *(if known)*  **8:17-bk-13078**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.4. **Winthrop Couchot Golubow Hollander, LLP** **660 Newport Center Dr.** **Newport Beach, CA 92660** | | **$1,666.67** **10/3/2016** **$1,666.67** **11/4/2016** | **$3,333.33** |
| Email or website address | | | |
| Who made the payment, if not debtor? **Your Neighborhood Urgent Care, LLC** | | | |
| 11.5. | | **$833.33** **1/30/2017** **$833.33** **2/17/2017** **$833.33** **3/1/2017** **$833.33** **3/13/2017** **$833.33** **3/24/2017** **$833.33** **4/7/2017** **$833.33** **4/27/2017** **$8,333.33** **5/27/2017** | |
| **Winthrop Couchot Golubow Hollander, LLP** **660 Newport Center Dr.** **Newport Beach, CA 92660** | | | **$14,166.67** |
| Email or website address | | | |
| Who made the payment, if not debtor? **Radiant Physicians Group, Inc.** | | | |
| 11.6. **Force Ten Partners, LLC** **20341 Birch Street, Suite 220** **Newport Beach, CA 92660** | | **1019/2016** | **$500.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? **Cypress Urgent Care, Inc.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **5**

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number *(if known)* | **8:17-bk-13078** |

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy<br>From-To |
|---|---|---|---|
| 14.1. | **18231 Irvine Blvd., #204<br>Tustin, CA 92780** | | **Used previously as mailing<br>address.** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|
| 15.1.  **Hoag Urgent Care -<br>Huntington Harbour<br>5355 Warner Ave. #102<br>Huntington Beach, CA 92649** | **Providing urgent care, medical and wellness services<br>to patients of all ages.** | |
| | **Location where patient records are maintained** (if different from<br>facility address). If electronic, identify any service provider.<br>**5355 Warner Ave. #102<br>Huntington Beach, CA  92649** | **How are records kept?**<br>*Check all that apply:*<br><br>■ Electronically<br>☐ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Personal information and medical records.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number *(if known)* **8:17-bk-13078** |
|---|---|---|

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank, N.A. 2540 Main Street Irvine, CA 92614** | **XXXX-2768** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2016** | **Unknown** |

19. **Safe deposit boxes**

   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number *(if known)*  **8:17-bk-13078** |
|---|---|---|

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.   **Hoag Urgent Care - Huntington Harbour 5355 Warner Ave. #102 Huntington Beach, CA 92649** | **Providing urgent care, medical and wellness services to patients of all ages.** | EIN:    45-2640713  From-To    **June 2011 - Present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Joe Gaglio, CPA 16512 Burke Lane Huntington Beach, CA 92647-4538** | **2011 - present** |
| 26a.2.   **Kristin Walsh Consulting 46 Serenity Irvine, CA 92618** | **March 2017 - Present** |
| 26a.3.   **Kevin Hartley Adaptive CPA 1240 E Ontario Ave #102 Corona, CA 92881** | **August 2016 - Present** |
| 26a.4.   **Hall & Associates 18101 Von Karman Ave Ste 1290 Irvine, CA 92612** | **June 2016 - September 2016** |

| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | Case number *(if known)* **8:17-bk-13078** |
|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Brian Weiss** **Force Ten Partners, LLC** **20341 Birch Street, Suite 220** **Newport Beach, CA 92660** | **2016-2017** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. | **David P. Stapleton** **Stapleton Group** **515 South Flower Street** **36th Floor** **Los Angeles, CA 90071** | **May 25 2017 - petition date. The State Court appointed receiver** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Kevin Hartley** **Adaptive CPA** **1240 E Ontario Ave #102** **Corona, CA 92881** | |
| 26c.2. | **Joe Gaglio, CPA** **16512 Burke Lane** **Huntington Beach, CA 92647-4538** | |
| 26c.3. | **Hall & Associates** **18101 Von Karman Ave** **Ste 1290** **Irvine, CA 92612** | |
| 26c.4. | **Kristin Walsh Consulting** **46 Serenity** **Irvine, CA 92618** | |
| 26c.5. | **Brian Weiss** **Force Ten Partners, LLC** **20341 Birch Street, Suite 220** **Newport Beach, CA 92660** | |
| 26c.6. | **David P. Stapleton** **Stapleton Group** **515 South Flower Street** **36th Floor** **Los Angeles, CA 90071** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

Debtor   **Hoag Urgent Care - Huntington Harbour, Inc.**                    Case number *(if known)*   **8:17-bk-13078**

| Name and address |
| --- |
| 26d.1.   **Opus Bank**<br>**19900 MacArthur Boulevard**<br>**12th Floor**<br>**Irvine, CA 92612** |
| 26d.2.   **Global Capital Markets**<br>**19100 Von Karman Ave**<br>**Suite 950**<br>**Irvine, CA 92612** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐  No
    ■  Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| 27.1. **David P. Stapleton (the State Court Appointed Receiver)** | **June 2017** | **Unknown** |

| Name and address of the person who has possession of inventory records |
| --- |
| **Stapleton Group**<br>**515 South Flower Street**<br>**36th Floor**<br>**Los Angeles, CA 90071** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Dr. Robert C. Amster** | **32 Drakes Bay Drive**<br>**Corona Del Mar, CA 92625** | **President / Director / sole shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■  No
    ☐  Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐  No
    ■  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1. **See Response to SOFA No. 4. See also Attachment to SOFA No. 30.** | | | |
| **Relationship to debtor** | | | |

Debtor    **Hoag Urgent Care - Huntington Harbour, Inc.**    Case number *(if known)* **8:17-bk-13078**

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| American Funds | EIN: |

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2017**

**/s/ Dr. Robert C. Amster**                    **Dr. Robert C. Amster**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**Attachment to SOFA No. 3**

HUC - Huntington Beach
## Transaction List by Vendor
### May 1 through August 2, 2017

| Type | Date | Name Address | Name City | Name State | Name Zip | Name Phone # | Amount |
|---|---|---|---|---|---|---|---|
| **Harris Medical Associates** | | | | | | | |
| Bill Pmt -Check | 05/12/2017 | 1180 Satellite Blvd Ste 200 Suwanee, GA 30024 | Suwanee | GA | 30024 | 770-497-9685 | -12,775.85 |
| Bill Pmt -Check | 06/23/2017 | 1180 Satellite Blvd Ste 200 Suwanee, GA 30024 | Suwanee | GA | 30024 | 770-497-9685 | -2,292.15 |
| Bill Pmt -Check | 06/30/2017 | 1180 Satellite Blvd Ste 200 Suwanee, GA 30024 | Suwanee | GA | 30024 | 770-497-9685 | -13,199.25 |
| Bill Pmt -Check | 07/22/2017 | 1180 Satellite Blvd Ste 200 Suwanee, GA 30024 | Suwanee | GA | 30024 | 770-497-9685 | -2,925.00 |
| **Integrity Healthcare Locums, LLC** | | | | | | | |
| Bill Pmt -Check | 05/26/2017 | PO Box 823424 Philadelphia, PA 19182-3424 | Philadelphia | PA | 19182-3424 | 800-975-2115 | -2,269.70 |
| Bill Pmt -Check | 06/23/2017 | PO Box 823424 Philadelphia, PA 19182-3424 | Philadelphia | PA | 19182-3424 | 800-975-2115 | -5,472.50 |
| Bill Pmt -Check | 06/30/2017 | PO Box 823424 Philadelphia, PA 19182-3424 | Philadelphia | PA | 19182-3424 | 800-975-2115 | -6,165.00 |
| Bill Pmt -Check | 07/22/2017 | PO Box 823424 Philadelphia, PA 19182-3424 | Philadelphia | PA | 19182-3424 | 800-975-2115 | -7,465.00 |
| **Marvin C. Prichard** | | | | | | | |
| Bill Pmt -Check | 05/05/2017 | 425 Panama Ave Long Beach, CA  90814 | Long Beach | CA | 90814 | 562-997-2000 | -3,350.00 |
| Bill Pmt -Check | 05/19/2017 | 425 Panama Ave Long Beach, CA  90814 | Long Beach | CA | 90814 | 562-997-2000 | -3,250.00 |
| Bill Pmt -Check | 06/02/2017 | 425 Panama Ave Long Beach, CA  90814 | Long Beach | CA | 90814 | 562-997-2000 | -3,800.00 |
| Bill Pmt -Check | 06/16/2017 | 425 Panama Ave Long Beach, CA  90814 | Long Beach | CA | 90814 | 562-997-2000 | -2,600.00 |
| Bill Pmt -Check | 06/30/2017 | 425 Panama Ave Long Beach, CA  90814 | Long Beach | CA | 90814 | 562-997-2000 | -2,600.00 |
| Bill Pmt -Check | 07/14/2017 | 425 Panama Ave Long Beach, CA  90814 | Long Beach | CA | 90814 | 562-997-2000 | -3,400.00 |
| **Medline** | | | | | | | |
| Bill Pmt -Check | 05/12/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -2,037.30 |
| Bill Pmt -Check | 05/26/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -2,289.45 |
| Bill Pmt -Check | 06/23/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -1,453.88 |
| Bill Pmt -Check | 06/30/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -1,929.26 |
| **Newport Healthcare Center, LLC** | | | | | | | |
| Bill Pmt -Check | 05/20/2017 | c/o California Commercial 1800 Quail Street, Suite 100 Newport Beach, CA  92660 | Newport Beach | CA | 92660 | 949-650-0040 | -16,175.14 |
| **Radiant Physician Group** | | | | | | | |
| Check | 05/31/2017 | | | | | | -25,000.00 |
| Check | 06/30/2017 | | | | | | -32,661.66 |
| Check | 07/31/2017 | | | | | | -30,273.63 |
| **Stapleton Group (Receiver)** | | | | | | | |
| Check | 08/02/2017 | 514 Via de la Valle, Suite 206, CA 92075 | Solana Beach | CA | 92075 | | -15,000.00 |

Attachment to SOFA No. 30

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|---|---|---|---|---|
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,110.00) | 8/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,315.00) | 8/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,440.00) | 8/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,960.00) | 8/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (12,375.00) | 8/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (505.00) | 8/10/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,045.00) | 8/10/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (715.00) | 8/11/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,465.00) | 8/11/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,600.00) | 8/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,410.00) | 8/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (11,700.00) | 8/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,700.00) | 8/17/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,245.00) | 8/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,180.00) | 8/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,600.00) | 8/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (11,140.00) | 8/23/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,340.00) | 8/24/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,900.00) | 8/26/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,140.00) | 8/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (8,500.00) | 8/30/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,840.00) | 8/31/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,690.00) | 9/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,930.00) | 9/2/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,570.00) | 9/2/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,215.00) | 9/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,190.00) | 9/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,040.00) | 9/8/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,600.00) | 9/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,810.00) | 9/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,260.00) | 9/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (260.00) | 9/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (8,740.00) | 9/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,670.00) | 9/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (390.00) | 9/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,315.00) | 9/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (915.00) | 9/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,890.00) | 9/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (11,565.00) | 9/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (345.00) | 9/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,040.00) | 9/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,425.00) | 9/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,435.00) | 9/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,580.00) | 9/23/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,780.00) | 9/23/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (10,595.00) | 9/27/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,175.00) | 9/28/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,310.00) | 9/28/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,365.00) | 9/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,820.00) | 10/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (11,330.00) | 10/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

| | | | | | |
|---|---|---|---|---|---|
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (1,880.00) | 10/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (2,605.00) | 10/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (2,020.00) | 10/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (2,485.00) | 10/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (3,070.00) | 10/11/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (10,325.00) | 10/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (3,310.00) | 10/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (2,240.00) | 10/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (2,645.00) | 10/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (14,125.00) | 10/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (1,125.00) | 10/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (4,275.00) | 10/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (2,515.00) | 10/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (4,285.00) | 10/24/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (11,290.00) | 10/25/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (2,225.00) | 10/26/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (1,615.00) | 10/27/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (2,155.00) | 10/28/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (13,410.00) | 11/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (2,650.00) | 11/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (2,015.00) | 11/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ | (4,630.00) | 11/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care – Tustin, Inc. | 2561 Bryan Ave., Suite A, Tustin, CA 92780 | $ | (6,200.00) | 11/8/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (5,710.00) | 11/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (4,375.00) | 11/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (2,561.93) | 11/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Partners Urgent Care - UTC | 4085 Governor Drive, San Diego, CA 92122 | $ | (3,500.46) | 11/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care - Anaheim Hills, Inc. | 5630 E. Santa Ana Canyon Rd., Anaheim, CA 92807 | $ | (252.13) | 11/17/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (600.00) | 11/17/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care - Anaheim Hills, Inc. | 5630 E. Santa Ana Canyon Rd., Anaheim, CA 92807 | $ | (4,300.00) | 11/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (5,570.00) | 11/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24060 Camino Del Avion, Dana Point, CA 92629 | $ | (1,997.00) | 11/23/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24060 Camino Del Avion, Dana Point, CA 92629 | $ | (1,029.19) | 11/25/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24060 Camino Del Avion, Dana Point, CA 92629 | $ | (4,226.63) | 11/25/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24060 Camino Del Avion, Dana Point, CA 92629 | $ | (11,000.00) | 11/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care – Tustin, Inc. | 2561 Bryan Ave., Suite A, Tustin, CA 92780 | $ | (333.19) | 12/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24060 Camino Del Avion, Dana Point, CA 92629 | $ | (1,346.65) | 12/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (5,200.00) | 12/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (1,300.00) | 12/8/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care – Tustin, Inc. | 2561 Bryan Ave., Suite A, Tustin, CA 92780 | $ | (2,141.13) | 12/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Cypress Urgent Care, Inc. | 6876 Katella Ave., Cypress, CA 90630 | $ | (4,200.00) | 12/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (4,500.00) | 12/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (1,400.00) | 12/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (2,800.00) | 12/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (1,400.00) | 12/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Cypress Urgent Care, Inc. | 6876 Katella Ave., Cypress, CA 90630 | $ | (9,600.00) | 12/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24060 Camino Del Avion, Dana Point, CA 92629 | $ | (3,900.00) | 12/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (8,600.00) | 12/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (28,500.00) | 12/28/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (4,200.00) | 12/30/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (2,200.00) | 1/4/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care - Anaheim Hills, Inc. | 5630 E. Santa Ana Canyon Rd., Anaheim, CA 92807 | $ | (4,958.32) | 1/9/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (750.00) | 1/11/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
|---|---|---|---|---|---|
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (730.48) | 1/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (4,200.00) | 1/13/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (1,300.00) | 1/18/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (8,450.00) | 1/19/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (6,000.00) | 2/1/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (10,000.00) | 2/10/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (600.00) | 2/16/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (2,500.00) | 2/16/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (10,000.00) | 2/28/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (2,300.00) | 3/6/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (5,000.00) | 3/31/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (5,000.00) | 4/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (10,000.00) | 4/14/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (8,000.00) | 4/25/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (25,000.00) | 5/19/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (662.25) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (870.22) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (1,735.75) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (13,383.32) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (560.00) | 6/22/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (711.48) | 6/22/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (1,250.00) | 6/22/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (1,024.58) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (1,250.00) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (3,029.09) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (8,184.97) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (6,250.08) | 7/10/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (7,168.37) | 7/10/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (2,719.03) | 7/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (4,843.75) | 7/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (7,330.92) | 7/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (711.48) | 7/31/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ | (1,250.00) | 7/31/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

* In the interest of full disclosure only, the Debtor is identifying the transfers herein.  However, the Debtor reserves all right with respect to whether these transfers were made to insiders within the meaning of
 11 U.S.C. Sec. 101(31). In addition, the Debtor is in the process of engaging a forensic tax accountant to analyze the prior tax returns and financials for each of the Debtors from inception to present.
 In the event that this analysis demonstrates that there are additional funds transferred between any of the Debtors and/or affiliated entities, the SOFA will be amended as necessary and appropriate.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    **Hoag Urgent Care - Huntington Harbour, Inc.**        Case No.    **8:17-bk-13078**

Debtor(s)      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 16,666.66 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 6,666.66 |

2.   The source of the compensation paid to me was:

     ☐ Debtor     ■ Other (specify):    **Dr. Robert C. Amster (the balance due was received post-petition from Dr. Robert C. Amster)**

3.   The source of compensation to be paid to me is:

     ☐ Debtor     ■ Other (specify):    **Estate funds on a moving forward basis**

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 25, 2017**          **/s/ Ashley M. McDow, Esq.**

*Date*                    **Ashley M. McDow, Esq. 245114**
                        *Signature of Attorney*
                        **BakerHostetler**
                        **11601 Wilshire Boulevard, 14th Floor**
                        **Los Angeles, CA 90025**
                        **310.820.8800  Fax: 310.820.8859**
                        **amcdow@bakerlaw.com**
                        *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ashley M. McDow, Esq.**<br>**11601 Wilshire Boulevard, 14th Floor**<br>**Los Angeles, CA 90025**<br>**310.820.8800 Fax: 310.820.8859**<br>California State Bar Number: **245114**<br>**amcdow@bakerlaw.com** | |

☐ *Debtor(s) appearing without an attorney*

☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        **Hoag Urgent Care - Huntington Harbour, Inc.**<br><br><br><br><br><br>                                  Debtor(s). | CASE NO.: **8:17-bk-13078**<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS - FIRST AMENDED**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __49__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __**August 25, 2017**__                              /s/ **Dr. Robert C. Amster**
                                                                            Sigantature of Debtor 1

Date: _____

                                                                            Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __**August 25, 2017**__                              /s/ **Ashley M. McDow, Esq.**
                                                                            Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                            **F 1007-1.MAILING.LIST.VERIFICATION**

Hoag Urgent Care - Huntington Harbour, Inc.
P.O. Box 8979
Newport Beach, CA 92658


Ashley M. McDow, Esq.
BakerHostetler
11601 Wilshire Boulevard, 14th Floor
Los Angeles, CA 90025


A-S Medication Solutions
P.O. Box 8
Fremont, NE 68025


A-S Medication Solutions
P.O. Box 8
Fremont, NE 68025


Absolute Sign Company
4652 Katella Ave
Los Alamitos, CA 90720


Access Medical Management
2325 W. Victory Blvd., Suite #1
Burbank, CA 91506


Access Medical Management
2325 W. Victory Boulevard
Suite 1
Burbank, CA 91506


Action 1st Loss Prevention
32861 Dana Poplar
Dana Point, CA 92629

Admiral Pest Control
9434 Artesia Blvd.
Bellflower, CA 90706


Admiral Pest Control
9434 Artesia Boulevard
Bellflower, CA 90706


ADOC
600 City Pkywy West
Suite 400
Orange, CA 92868


ADOC Medical Group
600 City Pkywy West
Suite 400
Orange, CA 92868


ADT Security Services
4161 E La Palma Ave
Anaheim, CA 92807


Advanced Copier and Printers
16303 1/2 Piuma Ave.
Cerritos, CA 90703


Advanced Copier and Printers
16303 1/2 Piuma Avenue
Cerritos, CA 90703


Aetna
PO Box 14079 Lexington
Lexington, KY 40512-4079

Aetna
151 Farmington Ave.
Hartford, CT 06156


Aetna
1200 W. 7th Street
Suite 5
Los Angeles, CA 90017


Aetna
6701 Center Drive West
Los Angeles, CA 90045


Aetna
11221 Kensington Road
Los Alamitos, CA 90720


Airtronix Inc.
6 Foxglove Way
Irvine, CA 92612


Alamito IPA
4909Lakewood Blvd
Suite 200
Lakewood, CA 90712


Alamito IPA
10833 Valley View Street
Suite 300
Cypress, CA 90630


Alec Umetsu
16082 Melody Ln.
Huntington Beach, CA 92649

Alex E. Torres MD
11 Wightman Court
Dana Point, CA 92629


Alexis Barajas
14608 Flatbush Avenue
Norwalk, CA 90650


Ali Parsaeian
22 Stillwater
Newport Coast, CA 92657


All Medical Personnel LLC Att:  Ray Itur
4000 Hollywood Blvd Ste 600N
Hollywood, FL 33021


Allen Cook
23232 19th Ave SE
Bothwell, WA 98021


Alliance Physicians Medical Group
4909 Lakewood Blvd.
Ste. 200
Lakewood, CA 90712


Allied Benefits Systems
200 West Adams Street
Suite 500
Chicago, IL 60606


ALLIED PHYS MEDICAL GROUP
1680 S. Garfield Ave.
Alhambra, CA 91801

Altius Healthcare
1151 Iron Springs Road
Suite D
Prescott, AZ 86305


Altius Healthcare
10421 S. Jordan Gtwy
South Jordan, UT 84095


Amanda Phillips
4667 Ranchview Cir.
Huntington Beach, CA 92649


Amber Kuether
2253 Timbercreek Circle
Brea, CA 92821-4430


AMS - American Medical Security
3100 Ams Blvd.
Green Bay, WI 54313


AMS - American Medical Security
818 W 7th Street
Suite 930
Los Angeles, CA 90017


AMVA Group Health
1931 North Meacham Road
Suite 100
Schaumburg, IL 60173


AMVI Prospect Medical Group
400 Corporate Pointe
Culver City, CA 90230

AMVI/Prospect Medical Group, Inc.
Attn: Director, Contracting
1920 E. 17th Street, Suite 200
Santa Ana, CA 92705


Angela Cochrane
13312 Illnois St.
Westminster, CA 92683


Angela Corning
993 Iron Horse Drive
San Marcos, CA 92078


Angela Jacobs
3301 S Bear St 43A
Santa Ana, CA 92704


ANGELES IPA
1600 Corporate Center Drive
Monterey Park, CA 91754


Angeline Casino
715 Lassen Ct.
Anaheim, CA 92804


Angelus Medical & Optical Co. Inc.
13007 S. Western Avenue Gardena
Gardena, CA 90249


Anna Halbeisen D.O. P.C.
6220 Ocean Blvd.
Long Beach, CA 90803

Anthem Blue Cross Overpayment Recovery
PO Box 92420
Cleveland, OH 44193


Anthony Gonzalez
430 Lake Street Unit 104
Huntington Beach, CA 92648-5297


Applecare Medical Group
10800 Paramount Blvd.
Downey, CA 90241


Applecare Medical Management
18 Centerpointe Drive
La Palma, CA 90623


April Saade
17541 Berlarl Circle
Huntington Beach, CA 92649


Araselly Casas
11092 Iris Drive
Garden Grove, CA 92840


Arizona Foundation For Medical Care
326 E. Coronado Road
# 201
Phoenix, AZ 85004


ARTA
1629 W 17th Street
Ste. B
Santa Ana, CA 92706

ARTA
1665 Scenic Ave
Suite 100
Costa Mesa, CA 92626


Ashkan Sefaradi
1426 S.Cardiff Ave.
Los Angeles, CA 90035


Ashley M. McDow, Esq.
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025


Audio Video Solutions James Shrader
290 Broadway St.
Laguna Beach, CA 92651


Banyan International Corporation
2118 E Interstate 20 PO Box 1779
Abilene, TX 79604-1779


Barton Associates
PO Box 417844
Boston, MA 02241-7844


Beech Street Network
25500 Commercentre Dr.
Lake Forest, CA 92630


Bellvs Aesthetic and Weight Loss Center
14591 Newport Ave. Suite 106
Tustin, CA 92780

Benelect
5429 Avernida de Los Robles
Visalia, CA 93291


Benjamin Rollins
4352 Pickwick Cir.
Huntington Beach, CA 92649


Berrett Pest Management
3305 E Miraloma #173 Ave
Anaheim, CA 92806


Bikash Devaraj
330 Cordova Street Apt. #305
Pasadena, CA 91101


Bikash Devaraj, M.D.
330 Cordova St., Apt. 305
Pasadena, CA 91101


Blue Cross
409 S. Glendale Ave.
Glendale, CA 91205


Blue Cross Covered California
21555 Oxnard Street
Woodland Hills, CA 91367


Blue Cross Covered California
5260 N. Palm Ave.
Suite 215
Fresno, CA 93704

Blue Cross Of Blue Shield Pathway Tiered
801 Franklin Street
Oakland, CA 94607


Blue Line Safety Surveys
P.O. Box 2571
Santa Fe Springs, CA 90670


Blue Line Safety Surveys
PO Box 2571
Santa Fe Springs, CA 90670


Blue Shield
5250 N. Palm Ave
Suite 120
Fresno, CA 93704


Blue Shield
5250 N. Palm Ave.
Suite 120
Fresno, CA 93704


Brian Martin
16065 Sherlock Ln
Huntington Beach, CA 92649


Bristol Park Medical Goup
11420 Warner Avenue
Ste. 110
Fountain Valley, CA 92708


Bristol Park Medical Group
250 E. Yale Loop
Irvine, CA 92604

Brookshire IPA
10833 Valley View Street
Suite 300
Cypress, CA 90630


Bruce Lawrence
17732 Prescott Ln
Huntington Beach, CA 92647


Bryan Heavey
16872 Stiles Cir.
Huntington Beach, CA 92649


BSN Medical Inc
PO Box 751766
Charlotte, NC 28275-1766


Buchalter, a Prof. Corporation
Attention: Barry A. Smith
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457


Byrona Kuester
4551 Suite Drive
Huntington Beach, CA 92649-6211


Cal Optima
505 City Pkwy West
Orange, CA 92868


Cal Optima Care Network
505 City Pkwy West
Orange, CA 92868

California Department of Public Health A
MS 1601 PO Box 997376
Sacramento, CA 95899-7376


California Department of Public Health R
MS 7610 P.O. Box 997414
Sacramento, CA 95899-7414


California Field Ironworkers Trust Fund
131 N. El Molino Ave.
Suite 330
Pasadena, CA 91101


CalOptima Direct
505 City Pkwy West
Orange, CA 92868


CAP MPT
333 S. Hope St 8th Floor
Los Angeles, CA 90071-1409


Care More Medical Group
303 S, Union Ave
Los Angeles, CA 90017


Care More Medical Group
12900 Park Plaza Dr.
Suite 150
Cerritos, CA 90703


Care More Medical Group
3513 E. 1st St.
Los Angeles, CA 90063

Care More Medical Group
908 S. Central Ave.
Glendale, CA 91204


Care More Medical Group
303 S. Union Ave.
Los Angeles, CA 90017


Care More Medical Group
303 S, Union Ave.
Los Angeles, CA 90017


Carrie Haan
19496 Misty Ridge Ln.
Trabuco, CA 92679


Catalina Ryan
16292 Eagle Ln.
Huntington Beach, CA 92649


Central Drug System
16560 Harbor Blvd., Ste A
Fountain Valley, CA 92708


Central Drug System
16560 Harbor Boulevard
Suite A
Fountain Valley, CA 92708


CHAMPVA Supplemental Insurance
11000 Wilshire Blvd.
Los Angeles, CA 90024

Charles Mariano
17371 Madera Lane
Huntington Beach, CA 92647-6146


Chelsea Clark
17677 Brittany Ln
Huntington Beach, CA 92647


CherylCAsebier
935 Driftwood
Seal Beach, CA 90740


Children Hospital of Orange County
1201 La Veta
Orange, CA 92868


Children Hospital of Orange County
1201 W. La Veta Ave., Suite No.450
Orange, CA 92868


CHOC Physicians Network (CPN)
1120 W. La Veta, Suite 450
Orange, CA 92868


Choice Health Med & Animal Sciences West
PO Box 790448
Saint Louis, MO 63179-0448


Christian Gassler
16412 Oakmont Lane
Huntington Beach, CA 92647

Christina Bainter
17212 Santa Rita St.
Fountain Valley, CA 92708


Christina Porter
216 11th Street
Huntington Beach, CA 92648


Cigna
400 N. Brand Blvd
Glendale, CA 91203


Cigna
900 Cottage Grove Rd.
Bloomfield, CT 06002


City of Cypress
5275 Orange Avenue Cypress
Cypress, CA 90630


City of Huntington Beach
Police Department
2000 Main Street
Huntington Beach, CA 92648


City of Huntington Beach Police Dep
2000 Main Street
Huntington Beach, CA 92648


Classic Ride Designs
25721 Paseo Colonial
Juan Capistrano, CA 92675

Clavel Enterprises c/o Jassmine Clavel
PO Box 1168
Monrovia, CA 91017-1168


CLIA Laboratory Program
PO Box 530882
Atlanta, GA 30353-0882


Clockwise MD Lightshed Healthcare Techno
LLC 554 North Avenue NW Suite E
Atlanta, GA 30318


Coast Heathcare Management
10833 Valley View Street
Suite 300
Cypress, CA 90630


Coast Heathcare Management
4909 Lakewood Blvd.
Suite 200
Lakewood, CA 90712


Coast Heathcare Management
3300 E. South Street
Lakewood, CA 90805


Colin X. Jairam M.D. Inc.
2555 Main Street #4028
Irvine, CA 92614


CompHealth
PO Box 972651
Dallas, TX 75397-2651

Consolidated Medical Bio-Analysis
11215 Knott Ave
Cypress, CA 90630


Continental Maintenance, Inc.
13318 Mapledale Street
Norwalk, CA 90650


CoreSource
400 Field Drive
Lake Forest, IL 60045


Cornman and Swartz
PO Box 7789
Newport Beach, CA 92658


County of ORange Attn Treasurer-Tax Coll
PO Box 1438
Santa Ana, CA 92702-1438


Coventry Health
6705 Rockledge Dr.
Bethseda, MD 20817


Coventry Health Care
2200 W, Orangewood Ave.
Orange, CA 92868


Covered California Blue Cross
8726 S. Sepulveda Blvd.
Los Angeles, CA 90045

```
Cox Communications
P.O. Box 53280
Phoenix, AZ 85072


Cox Communications
PO Box 53280
Phoenix, AZ 85072


Cryo Specialties
13335 Shawnee Rd.
Apple Valley, CA 92308


Cryo Specialties
13335 Shawnee Road
Apple Valley, CA 92308


Culinary Health Fund
1901 Las Vegas Blvd., S
Suite 107
Las Vegas, NV 89104


Culinary Health Fund
1901 Las Vegas Blvd. S,
Suite 107
Las Vegas, NV 89104


Culligan of Santa Ana Lockbox Processing
P.O. Box 2903
Wichita, KS 67201-2903


Cypress Chamber of Commerce
5550 Cerritos Ave Ste D
Cypress, CA 90630
```

Dami Shepard
6082 Palisade Drive
Huntington Beach, CA 92647-3225


Danielle Follweiler
3332 Florista Street
Los Alamitos, CA 90720


Danielle Lee
PO Box 940393
Simi Valley, CA 93094


Dasey M. Gonzalez
13213 Magnolia Street, #H4
Garden Grove, CA 92844


David Blackstone
16591 Le Grande Ln Apt C
Huntington Beach, CA 92649


David Stapleton
515 So. Flower St., 36th Floor,
Los Angeles, CA 90071


Dean Allison
6582 San Haroldo Way
Buena Park, CA 90620-3749


Dean Health Plan
1277 Deming Way
Madison, WI 53717

Deanne Frink
15451 Cottonwood Cir.
Huntington Beach, CA 92647


Delta Health Systems
3244 Brookside Road
Stockton, CA 95219


Delta Locum Tenens
PO Box 202940
Dallas, TX 75320-2940


Delta Locums
1755 Wittington Place
Dallas, TX 75234


Demetrios Syrengelas
5362 Santa Gertrudes
Garden Grove, CA 92845


Dhilan Thuraisingham MD
7521 Edinger Ave Unit 2017
Huntington Beach, CA 92647


DHS Security
PO Box 4335
Costa Mesa, CA 92626


Diana Flores
5156 Picadilly Circle
Westminster, CA 92683

Diane Van Deth
17602 Misty Lane
Huntington Beach, CA 92649-4914


Dina McKennawest
16291 Waikiki Ln.
Huntington Beach, CA 92649


Diversified Fire Protection Division of
P.O. Box 4111
Santa Fe Springs, CA 90670


Donna Maksimczyk
15571 Wild Plum Circle
Huntington Beach, CA 92647


Douglas Stack
7801 Essex Drive Apt. #104
Huntington Beach, CA 92648


Dr. Kenneth A. Hammonds
27960CAbot Rd #412
Laguna Niguel, CA 92677


Dr. Pravin Shaw Inc.
11301 Spectrum
Irvine, CA 92618


Dr. Robert Amster
32 Drakes Bay Drive
Corona Del Mar, CA

Dr. Robert C. Amster
32 Drakes Bay Drive
Corona De. Mar


Dr. Woodrow P. Wilson MD
26800 Crown Valley Pkwy Ste 150
Mission Viejo, CA 92691


Earl Nelsen
16232 Wayfarer Ln.
Huntington Beach, CA 92649


EBA & M
3505 Cadillac Ave., O-201
Costa Mesa, CA 92626


EBA&M
3505 Cadillac Ave., O-201
Costa Mesa, CA 92626


Edgar Baruch
606 Cypress Ave
Santa Ana, CA 92701


Edinger Medical Group
9900 Talbert Ave.
Fountain Valley, CA 92708


Electronic Network Systems Dept 1078
Denver, CO 80256

Elizabeth Levin
1011 4th Street Apt 311
Santa Monica, CA 90403


Elizabeth Ongsioco
12812 Amethyst Street Garden Grove
Garden Grove, CA 92845-2808


Emily Dawson
16907 Airport Circle Unit 104
Huntington Beach, CA 92649


EOS USA
700 Longwater Drive
Norwell, MA 02061


Eric Hargis
416 Santa Barbara
Irvine, CA 92606


Erica Garcia
527 S Priscilla Way
Anaheim, CA 92806


Erin Pilkington
16826 Harvest Lane
Huntington Beach, CA 92649


eScreen
PO Box 841358
Dallas, TX 75284

Eva Hooton
5271 Vallecito Ave.
Westminster, CA 92683-2764


Exchange Bank
PO Box 760
Santa Rosa, CA 95402-0760


F.M. Medical Inc.
26712 Sierra Vista
Mission Viejo, CA 92692


Fallon Community Health Plan
10 Chestnut St.
Worcester, MA 01608


Family Choice
1036 N. Lake Street
Burbank, CA 91502


Faye Amster
32 Drakes Bay Drive
Corona Del Mar, CA 92625


Fire Doctor Extinguisher Company
13656 #B Red Hill Ave.
Tustin, CA 92780


First Health
6450 US Highway 1
Rockledge, FL 32955

First Star Capital
3050 Citrus Circle Ste 222
Walnut Creek, CA 94598


Fountain Valley IPA
4909 Lakewood Blvd.
Suite 200
Lakewood, CA 90712


Fountain Valley IPA
818 W. 7th Street
Suite 930
Los Angeles, CA 90017


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511


Freedom Imaging, Inc.
1401 Ball Rd., Suite E
Anaheim, CA 92805


Freedom Imaging, Inc.
1401 Ball Road, Suite E
Anaheim, CA 92805


Gallagher Bassett Services
PO Box 419797
Kansas City, MO 64141


Garden Grove Chamber of Commerce
12866 Main Street Ste 102
Garden Grove, CA 92840

Gateway Medical Group
710 N. Euclid Street
Anaheim, CA 92801


GEHA
17306 E. Us Highway 24
Independence, MO 64056


GEHA
17306 E. U.S. Highway 24
Independence, MO 64056


George Soliman MD
625 Payette Circle
Corona, CA 92881


Golden Rule Insurance Company
1028 Pelican St.
Effingham, IL 62401


Golden State Water Company
PO Box 9016
San Dimas, CA 91773-4033


Gordon Dudley
1627 Seal Way
Seal Beach, CA 90740


GRaM X-RAY, Inc
7350 Melrose Street
Buena Park, CA 90621

Great West Life & Anuuity Insurance Co.
8515 East Orchard Road
Greenwood Village, CO 80111


Great-West Healthcare
6909 E. Greenway Pkwy
Suite 180
Scottsdale, AZ 85254


GREATER NEWPORT PHYSICIANS
330 Placentia Ave.
Newport Beach, CA 92663


Guardian
PO Box 95101
Chicago, IL 60694


Guillermo Lazo
24531 Los Alisos Blvd., #210
Laguna Hills, CA 92653


H.L. Burns the Plumber
549 S. Anaheim Blvd.
Anaheim, CA 92805


Hall & Company
111 Pacifica, Ste. 300
Irvine, CA 92618


Hall & Company
111 Pacifica
Ste. 300
Irvine, CA 92618

Harris Medical Associates
1180 Satellite Blvd.
Suite 200
Suwanee, GA 30024


Harris Medical Associates
1180 Satellite Boulevard
Suite 200
Suwanee, GA 30024


Harsha Patel
1275 N. Chrisden Street, #G207
Anaheim, CA 92807


Harvard Pilgrim Healthcare
93 Worcester St.
Wellesley, MA 02481


Health America
3721 Texport Dr.
Harrisburg, PA 17106


Health Care Partners
2175 Park Place
El Segundo, CA 90245


Health EOS (EOS USA Headquarters)
10971 Sun Center Drive
Rancho Cordova, CA 95670


Health Net
21650 Oxnard St.
Woodland Hills, CA 91367

Health Plus
3561 Howard Avenue
Suite 205
Los Alamitos, CA 90720


Health Smart
222 West Las Colinas Blvd.
Irving, TX 75039


Health Spring
530 Great Circle Rd
Nashiville, TN 37228


Health Value Management, Inc.
dba ChoiceCare Network
Attn: President
P.O. Box 19013
Green Bay, WI 54307


HealthComp Inc.
191 E. Barstow Ave.
Fresno, CA 93710


Healthways Medical Group
6518 Greenleaf Ave.
Suite 250
Whittier, CA 90601


Hector Hernandez
18532 10th Street
Bloomington, CA 92316


HemoCue Inc.
PO Box 951741
Dallas, TX 75395-1741

Henry Medina
16292 Golden Gate Ln.
Huntington Beach, CA 92649


Highland Capital Corporation
5 Center Avenue
Little Falls, NJ 07424


HMWC CPAs & Business Advisors
17501 East 17th St  Ste 100
Tustin, CA 92780-7924


Hoag Urgent Care - Anaheim Hills
5630 E Santa Ana Canyon Road
Anaheim, CA 92807


Hoag Urgent Care - Anaheim Hills
5630 E. Santa Ana Canyon Rd.
Anaheim, CA 92807


Hoag Urgent Care - Huntington Beach
PO Box 8979
Newport Beach, CA 92658


Hoag Urgent Care - Huntington Harbo
5355 Warner Avenue
#102
Huntington Beach, CA 92649


Hoag Urgent Care - Orange, Inc.
7630b E Chapman Avenue
Orange, CA 92869

Hoag Urgent Care – Orange, Inc.
7630b. E. Chapman Ave.
Orange, CA 92869


Hoag Urgent Care – Tustin, Inc.
2560 Bryan Ave., Suite A
Tustin, CA 92780


Hoffman Southwest Corp DBA Roto-Rooter S
1183 N. Kraemer Place
Anaheim, CA 92806


Horizon Services
8827 1/2 Ramona St
Bellflower, CA 90706


Humana
500 W. Main Street
Louisville, KY 40202


Humana Choicecare
500 W. Main Street
Louisville, KY 40202


Idearc Media LLC ATTN: Acct Receivable D
PO Box 619009
Dallas, TX 75261-9009


ILWI
1188 Franklin Street
San Francisco, CA 94109

ILWU-PMA Benefit Plans
1188 Franklin Street
San Francisco, CA 94109


Integrity Healthcare Locums, LLC
P.O. Box 823424
Philadelphia, PA 19182-3424


Integrity Healthcare Locums, LLC
PO Box 823424
Philadelphia, PA 19182-3424


Interim Physicians
PO Box 678004
Dallas, TX 75267-8004


J1 MAC - Palmetto GBA Part B Account Rec
PO Box 250
Augusta, GA 0903-0250


Jack Hokanson Electric
33251 Marina Vista Drive
Dana Point, CA 92629


Jack Vu
39 Calvados
Newport Coast, CA 92657


Jacqueline Vega
8571 Pyle Way
Midway City, CA 92655

Jamie Ochs
305 10th St.
Huntington Beach, CA 92648


Jane Kriesel
3512 Venture Drive
Huntington Beach, CA 92649


Javaid Noorzad DO
P.O. Box 16292
Long Beach, CA 90806-0792


Jeffrey Sudeith
1 Rapallo
Irvine, CA 92414


Jennifer Amster
822 E Lomita Avenue
Orange, CA 92867


Jennifer Doumas
6621 MacArthur Drive
Lemon Grove, CA 91945-1340


Jennifer Ellison
5611 Serene Drive
Huntington Beach, CA 92649-4834


Jennifer Ripley
5611 Placer Ave.
Westminster, CA 92681

Jewel Matthews
16162 Sher Ln. APT 90
Huntington Beach, CA 92647


Jillian Piper
2942 North Sandy Beach Drive
Bay City, MI 48706


Jim Seraj
24881 Alicia Parkway #E253
Laguna Hills, CA 92653


Joann Tunei
2710 Delaware St.
Huntington Beach, CA 92648


John Martin
5346 Rosecrest Dr.
Huntington Beach, CA 92649


John P. Anderson MD Inc.
4812 Oceanridge Dr
Huntington Beach, CA 92649


Joline Tilly
340 Ashton Drive
Laguna Beach, CA 92651


Jon Boudreau
17336b Apel Lane
Huntington Beach, CA 92649

Jonathan Tomlinson
17172 Friml Ln.
Huntington Beach, CA 92649


Joseph Ng
1702 S Varna Street
Anaheim, CA 92804


Julia Jackson
16162 Whitecap Ln.
Huntington Beach, CA 92649-2179


Julie Whittington
1 N Ft Lauderdale Bch Blvd.
Fort Lauderdale, FL 33304


Just In Time Plumbing
2125 Sherington Place Unit C304
Newport Beach, CA 92663


Kahesha Franklin
6316 City Lights Drive
Aliso Viejo, CA 92656


Karen Hickey
5326 Rosecrest Dr.
Huntington Beach, CA 92649


Karen Muller
1142 Walnut Valley Ln.
Dayton, OH 45458

Karina Lipari
5181 Stallion Cir
Huntington Beach, CA 92649


Katherine Purcell
16922 Pacific Coast Hwy.
Huntington Beach, CA 92649


Kathrin A. Rothschild
16281 Woodstock Ln
Huntington Beach, CA 92647-3261


Kayce Downen
17102 Friml Lane
Huntington Beach, CA 92649


Kevin H.
1240 E. Ontario Ave.,
Suite 102-170
Corona, CA 92881


Kevin Smith
16551 Grunion Unit 202
Huntington Beach, CA 92649


Kim Family HB, LLC
c/o Fredrick B. Sainick
190 Newport Center Drive
Suite 290
Newport Beach, CA 92660


Kims Consults David Bowman
26701 Brandon
Mission Viejo, CA 92692

Krikor Sakayan
431 Enclave Cir
Costa Mesa, CA 92626


Krissy Ryun
6700 Warner Ave.
Huntington Beach, CA 92647


Kristin Walsh
Walsh Consulting, Inc.
46 Serenity
Irvine, CA 92618


Kristina Zalewski
5751 Mangrum Dr.
Huntington Beach, CA 92649


Kristy Malone
5362 Glenstone Dr.
Huntington Beach, CA


Kumar Ghandi
24631 Acropolis Drive
Mission Viejo, CA 92691


Kylee Lucas
1330 East Balsam
Anaheim, CA 92805


LAACC
3231 Katella Avenue
Los Alamitos, CA 90720

Laborers Health and Welfare Trust Fund
1001 Westside Dr.
San Ramon, CA 94583


Lakewood IPA
4909 Lakewood Blvd.
Ste. 200
Lakewood, CA 90712


Larinna Cothren
3001 Warren Ln.
Costa Mesa, CA 92626


Lawrence K. Meyerofer
17382 La Mesa Ln.
Huntington Beach, CA 92647


Leslie Flatt
5941 Meinhard Road
Westminster, CA 92683


Lexus Financial Services
PO Box 60116
City of Industry, CA 91716-0116


Lisa Rombi
16772 Algonquin Street
Huntington Beach, CA 92649


Loraine Leatherwood
9782 Corner Brook Drive
Huntington Beach, CA 92626

Lori Strawn
1401 Reisig Road
Saginaw, MI 48604


Lorraine Thielen
17191 Greenleaf Lane
Huntington Beach, CA 92649


Los Alamitos IPA
4909 Lakewood Blvd.
Ste. 200
Lakewood, CA 90712


Los Angeles Magazine
PO Box 421929
Palm Coast, FL 32142-1929


Maksin Management
2 Aquarius Drive
Suite 200
Camden, NJ 08103


Marcela Rangel
PO Box 4608
Downey, CA 90241


Marilyn Egler
25721 Paseo Colonial
Juan Capistrano, CA 92675


Marissa Munoz
2020 W Alameda Avenue, Apt. 16
Anaheim, CA 92801

Mark Griffey
4901 Heil Ave.
Huntington Beach, CA 92649


Mark Huntsinger
16232 Wayfarer Ln.
Huntington Beach, CA 92649


Marvin C. Prichard MD Inc.
425 Panama Ave
Long Beach, CA 90814


Marvin D. Prichard, M.D.
425 Panama Avenue
Long Beach, CA 90814


Marvin Prichard, M.D.
425 Panama Avenue
Long Beach, CA 90814


Matthew Abinante DO
MPH 613 Amber Drive
Huntington Beach, CA 92648


Medi-Cal
820 Stillwater Road
West Sacramento, CA 95605


MEDICA Healthcare
PO Box 56-6596
Miami, FL 33256

MEDICA Healthcare
9100 S. Dadeland Blvd.
Suite 1250
Miami, FL 33156


Medical
5665 South Westridge Drive
New Berlin, WC 53151


Medical Board of California
2005 Evergreen Street Suite 1200
Sacramento, CA 95815


Medical Under Prospect
3415 S. Sepulveda Blvd.
9th Floor
Los Angeles, CA 90034


Medicare
440 E. Middlefield Road
Mountain View, CA 94043


Medicare - CMS Headquarters
7500 Security Blvd.
Baltimore, MD 21244


Medicare Railroad
844 North Rush Street
Chicago, IL 60611


Medline
Dept LA 21558
Pasadena, CA 91185

Medline Industries
Dept. LA 21558
Pasadena, CA 91185


Mehrdad Salimkhanian A Professional Corp
27380 Morro Drive
Mission Viejo, CA 92692


Memorial Care
17360 Brookhurst Street
#160
Fountain Valley, CA 92708


Meridian Building Maintenance
4220 Park Newport Ste 410
Newport Beach, CA 92660


Meritain Health
1405 Xenium Lane North
Suite 140
Minneapolis, MN 55441


Meritan Health
5734 W Beechwood Ave
Fresno, CA 93722


Michael Hatch
7121 Arabian Avenue
Orange, CA 92869


Michael J. Farrell
6 Goodwill Court
Newport Beach, CA 92663

Michael Sacco
17522 Crown Circle
Huntington Beach, CA 92649


Michael Tatum
18670 Morongo St.
Fountain Valley, CA 92708


Michelle Voltz
203 Canal St.
Newport Beach, CA 92663


Mid West Insurance Company
PO Box 9560
Spingfield, IL 62791


Mid West National Life Insurance
PO Box 982010
North Richland, TX 76182


Mid West National Life Insurance
P.O. Box 982010
North Richland, TX 76182


Minuteman Plumbing & Drain Services
P.O. Box 4983
Garden Grove, CA 92842


Minuteman Plumbing & Drain Srevices
PO Box 4983
Garden Grove, CA 92845

Miriam Surtees
5352 Santa Barbara Ave.
Garden Grove, CA 92845


Mission Heritage
26800 Crown Valley Pkwy
Mission Viejo, CA 92691


Mission Hospital Affiliated Physicians
26732 Crown Valley Pkwy
Suite 261
Mission Viejo, CA 92691


Mission Recruiting, LLC
3020 Saturn Street, Ste. 201
Brea, CA 92821


Mission Recruiting, LLC
3020 Saturn Street
Suite 201
Brea, CA 92821


Mitchell Erickson
4433 Farquhar Ave.
Los Alamitos, CA 90720


Mitchell Shloub
5811 Marshall Drive
Huntington Beach, CA 92649


MKH Electronics Inc.
17421 Parker Drive
Tustin, CA 92780

```
Modern Business Machines, Inc.
11700 West Charleston Blvd.
Suite 170
Las Vegas, NV 89104


Modern Business Machines, Inc.
11700 West Charleston Boulevard
Suite 170
Las Vegas, NV 89104


Monarch Med Group
11 Technology Dr.
Irvine, CA 92618


Monarch Med Group
3700 South Street Town Suburb City
Lakewood, CA 90712


Morgan J. Baldwin
6512 Pickett Ave
Garden Grove, CA 92845


MultiPlan
115 Fifth Avenue
New York, NY 10003


MVP Healthcare
625 State Street PO Box 2207
Schenectady, NY 12301


My Community Care
205 Bishops Way
Brookefield, WI 53005
```

Nadia Raza
775 W 11th Ave.
Eugene, OR 97402


Nahid Nazari
210 Lille Lane Unit #118
Juan Capistrano, CA 92663


Nancy Pritchard
5392 Bonanza Dr.
Huntington Beach, CA 92649


Nasiri Inc.
464 Sonora Circle
Redlands, CA 92612


Natalie Escatal
13726 Milton Ave.
Westminster, CA 92683


Natasha M. Oliver
1805 Termino Avenue, #3201
Long Beach, CA 90815


Nathan Lopez
17311 Wareham Ln.
Huntington Beach, CA 92649


National Fire & Safety Inspection
Accounts Receivable
P.O. Box 206
El Toro, CA 92609

National Fire and Safety Inspection
Accounts Receivable
PO Box 206
El Toro, CA 92609


Neustra Familia Medical Group
10780 Santa Monica Blvd.
Los Angeles, CA 90025


Newport Business Interiors
4100 Campus Dr Ste 150
Newport Beach, CA 92660


Newport Healthcare Center LLC
c/o California Commercial
1800 Quail Street
Suite 100
Newport Beach, CA 92660


Newport Healthcare Center LLC
Attention: Sandy Smith
One Hoag Drive
P.O. Box 6100
Newport Beach, CA 92658-6100


Newport Healthcare Center LLC
1 Hoag Drive
Newport Beach, CA 92663


Newport Healthcare Center, LLC
1 Hoag Drive
Newport Beach, CA 92663


Nicastro & Associates, P.C.
2 Park Plaza, Suite 650
Irvine, CA 92614

Nicolas Lopez
17311 Wareham Lane
Huntington Beach, CA 92649


Nicole Stell
7850 Slater Ave.
Huntington Beach, CA 92647


Nippon Life Insurance
515 S. Figueroa Street
Suite 1470
Los Angeles, CA 90071


Noble AMA IPA
P.O. Box 4909
Oceanside, CA 92052


Noble AMA IPA / Noble Mid Orange County
PO Box 4909
Oceanside, CA 92052


Noble Community Medical Associates, Inc.
1855 Business Center Drive
Suite C
Cypress, CA 90630


Noble Mid Orange County Med Group
c/o Healthsmart MSO, Inc. 10855 Business
Suite C
Cypress, CA 90630


Noble Mid Orange County Med Group
c/o Healthsmart MSO, Inc.
10855 Business, Suite C
Cypress, CA 90630

Nour and Oraha Medical Corporation
17 Collingwood
Aliso Viejo, CA 92656


Nuestra Familia Medical Group
10780 Santa Monica Blvd
Los Angeles, CA 90025


OCPIPA (Healthsmart Management Services
20411 SW Birch Street
Suite 200
Newport Beach, CA 92660


OCPIPA (Healthsmart Management Services
10855 Business Ctr. Dr.
Suite C
Cypress, CA 90630


Onnig Panosian
23702 Bower Cascade Place
Diamond Bar, CA 91765


Optum
11000 Optum Circle
Eden Prairie, MN 55344


Opus Bank
19900 MacArthur Boulevard
12th Floor
Irvine, CA 92612


Opus Bank
19900 MacArthur Boulevard
12th Floor
Los Angeles, CA 90017-2457

Opus Bank
Attention: Barry Smith
1000 Wilshire Boulevard, Suite 1500
12th Floor
Los Angeles, CA 90017-2457


Orange County Register Communications
PO Box 7154
Pasadena, CA 91109-7154


Orange County Treasurer - Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438


Oscar Insurance Agency
4846 Huntington Dr.
Los Angeles, CA 90032


Oscar Insurance Corporation
295 Lafayette Street
New York, NY 10012


Pacific Care Health System
5701 Katella Ave.
Cypress, CA 90630


Pacific Enterprise Bank
17748 Skypark Circle, #100
Irvine, CA 92614


Pacific Payroll
25521 Earhart Rd
Laguna Hills, CA 92653

Pamela Croon
17232 Courtney Lane
Huntington Beach, CA 92649


Parallon Locums
400 E Las Colinas Blvd 3rd Floor
Irving, TX 75039


Patrice E. Costanzo
16272 Opera Ln.
Huntington Beach, CA 92649


Paul J. Molinaro
4160 TemescalCAnyon Road Suite 306
Corona, CA 92883


PCIP-Pre Existing Condition Insurance
401 Edgewater Place
Suite 600
Wakefield, MA 01880


PCIP-Pre Existing Condition Insurance Pl
401 Edgewater Place
Suite 600
Wakefield, MA 01880


PDRx Pharmaceuticals Inc.
727 N. Ann Arbor
Oklahoma City, OK 73127


Perez Building Services
3166 Bonita Rd Unit 131
Chula Vista, CA 91910

Perry B Sheidayi DO Professional Corpora
39 Bonita Vista
Foothill Ranch, CA 92610


Personal Insurance Administrators
30401 Agoura Rd
Suite 250
Agoura Hills, CA 91301


PHCS - Private HealthCare Systems, Inc.
9701 W. Higgins Rd.
Suite 700
Rosemont, IL 60018


Phillip Thomas
4740 Warner Ave, Suite 207
Huntington Beach, CA 92649


Physicians Healthways
1055 Park View Drive
Suite 119
Covina, CA 91724


Physicians Healthways (Central Health MS
1055 Park View Dr.
Suite 119
Covina, CA 91724


PIH Health Physicians Attn: Revenue Reco
6557 Greenleaf Avenue
Whittier, CA 90601


Pinnacle Claims Management
15525 Sand Canyon Ave
Irvine, CA 92618

Pioneer IPA
17777 Center Court Drive
Suite 400
Cerritos, CA 90703


Pitney Bowes Inc
PO BOX 856390
Louisville, KY 40285-6390


Preferred Pharmaceuticals
1250 N Lakeview Ave Unit O
Anaheim, CA 92807


Presbysterian Health
9521 San Mateo Blvd. NE
Albuquerque, NM 87113


Primary Provider Management
511 S. Joy Street
Corona, CA 92879


Primary Provider Management
2155 Compton Ave.
Corona, CA 92881


Principal Life
711 High Street
Des Moines, IA 50392


ProCPR LLC
5005 Plainfield Ave NE Ste B Grand Rapid
Grand Rapids, MI 49525

Promesa Health
1100 S. San Pedro St.
Suite D05
Los Angeles, CA 90015


Prospect Medical Group
400 Corporate Pointe
Culver City, CA 90230


Prospect Medical Holdings, Inc.
3415 S. Sepulveda Blvd.
Fl. 9
Los Angeles, CA 90034


Providence Health System
14051 Paramount Blvd.
Paramount, CA 90723


Provider Healthcare, LLC
4252 South Highland Drive Suite 104
Salt Lake City, UT 84124


Provider Healthcare, LLC
4252 South Highland Drive
Suite 104
Salt Lake City, UT 84124


Provider Locum Tenens
7460 Warren Pkwy #100
Frisco, TX 75034


PSS World Medical, Inc.
P.O. Box 749499
Los Angeles, CA 90074-9499

Rabina Shaheen
19451 Cleveland Bay Lane
Yorba Linda, CA 92886


Radiant Physician Group, Inc.
18231 Irvine Blvd., Ste. 204
Tustin, CA 92780


Radiation Detection Company Inc.
3527 Snead Drive Georgetown
Georgetown, TX 78626-8214


Ranya Alexander
13205 Denara Rd
San Diego, CA 92130


Rebecca Huberman
5322 Haviland Drive
Huntington Beach, CA 92649


Regal Medical Group
PO Box 371330
Reseda, CA 91337


Regal Medical Group
P.O. Box 371330
Reseda, CA 91337


Reserve Account
PO Box 856056
Louisville, KY 40285-6056

Rhino Medical Services
P.O. Box 16253
Greenville, SC 29606-6000


Roberto Merlos
5357 Kirtland Ave
Lakewood, CA 90713


Robila Ashfaq, M.D.
20 Dinuba
Irvine, CA 92602


Rubin Lin
10212 Monaco Drive Rancho
Rancho Cucamonga, CA 91737


RX Security
1200 N. Federal Hwy Suite 200, #50-126
Boca Raton, FL 33432


Ryan Arakaki
5232 Acorn Drive
Huntington Beach, CA 92649


Saddleback Shredding
PO Box 34-B
Balboa Island, CA 92662


Saigon Med Group, Inc.
10855 Business Ctr. Dr.
Cypress, CA 90630

Sandy Hallworth
5901 Frontier Circle
Huntington Beach, CA 92647


Scott Gates
28546 Paseo Diana
Laguna Niguel, CA 92675


Scott Slotkin
26741 Portola Pkwy Ste 1E-139
Foothill Ranch, CA 92610


Season Gallagher
17111 Goldenwest St.
Huntington Beach, CA 92647


Shane Kral
1412 California St.
Huntington Beach, CA 92648


Sharon Ivicevic
32465 Beechwood Ln.
Lake Elsinore, CA 92530


Sharp Health Plan
4305 University Ave
San Diego, CA 92105


Sharp Health Plan
4305 University Ave.
San Diego, CA 92105

Shayla McDonald
4941 Oahu Dr.
Huntington Beach, CA 92649


Sherine Aubert
1940 Marber Ave
Long Beach, CA 90815-3110


Sign Specialists Corporation
111 W. Dyer Road, Unit F
Santa Ana, CA 92707


Sign Specialists Corporation
111 W. Dyer Road
Unit F
Santa Ana, CA 92707


Singer Lewak
10960 Wilshire Blvd., 7th Floor
Los Angeles, CA 90024


Singer Lewak
10960 Wilshire Boulevard
7th Floor
Los Angeles, CA 90024


Sophie Systems
1527 W 13th Street  Ste H
Upland, CA 91786


Southern California Gas Company
P.O. Box C
Monterey Park, CA 91756

Southern California Gas Company
PO Box C
Monterey Park, CA 91756


Spectrum Fire Protection
1330 E. Orangethorpe Ave.
Fullerton, CA 92831


Spectrum Fire Protection
1330 E. Orangethorpe Avenue
Fullerton, CA 92831


St. Joseph Health System
Attention Tara Cowell, Esq.
3345 Michelson Drive
Suite 100
Irvine, CA 92612


St. Joseph Health System
Attention: Tara Cowell, Esq.
3345 Michelson Drive, Suite 100
Irvine, CA 92612


St. Joseph Heritage
845 W. La Veta Ave
Suite 108
Orange, CA 92868


St. Joseph Heritage
845 W. La Veta Ave.
Suite 108
Orange, CA 92868


ST. JOSEPH HOSPITAL AFFILIATED
279 Imperial Hwy
#710
Fullerton, CA 92835

St. Joseph IPA
500 S. Main Street
Suite 600
Orange, CA 92868


St. Jude Affiliated Physicians
500 S. Main Street
Suite 600
Orange, CA 92868


ST. JUDE HERITAGE
12942 Harbor Blvd.
Garden Grove, CA 92840


St. Mary IPA
4909 Lakewood Blvd.
Suite 200
Lakewood, CA 90712


Stacy Neuland
16951 Ross Ln.
Huntington Beach, CA 92647


Stanton Little League
PO Box 2627
Cypress, CA 90630


Starcare  Medical Group
1920 E. 17th Street
Suite 200
Santa Ana, CA 92705


Stout Plumbing Inc.
5929 E. Bluebonnet
Orange, CA 92649

Susan Strodtbeck MD
118 San Jose Lane
Placentia, CA 92870


Susanne Winder
16552 Regina Circle, Apt. 2
Huntington Beach, CA 92649-3637


Taghreed Dahabra
5281 Kenilworth Dr.
Huntington Beach, CA 92649


Talbert Medical Group
1665 Scenic Ave.
Ste. 100
Costa Mesa, CA 92626


Talbert Medical Group / Healthcare Partn
1665 Scenic Ave
Ste. 100
Costa Mesa, CA 92626


Terry McCarty
17801 Falkirk Lane
Huntington Beach, CA 92649


Teryn Berardi
6051 Kendrick Drive
Huntington Beach, CA 92647


The New Answernet
4778 Dewey Drive
Fair Oaks, CA 95628-4401

The Workers' Compensation Forum
PO Box 1901
Loma Linda, CA 92354


Thermal Combustion Innovators, Inc.
241 W. Laurel Street
Colton, CA 92324


Thermal Comustion Innovators, Inc.
241 W. Laurel Street
Colton, CA 92324


Thibikha Limited Company
14819 San Luis Rey
Houston, TX 77083


Thomas Reuters/Barclays
P.O. Box 95767
Chicago, IL 60697


Thomas Reuters/Carclays
PO Box 95767
Chicago, IL 60697


Three Rivers Provider Network
910 Hale Place
Chula Vista, CA 91914


Tiare Maxilom
5301 Huntley Avenue
Garden Grove, CA 92845

Tiffany Ngo
1517 N Newhope Street, #66
Santa Ana, CA 92703


Tim Reimers, Esq.
2049 Century Park East
Suite 2900
Los Angeles, CA 90067


Tim Reimers, Esq.
2049 Century Park East, Suite 2900
Los Angeles, CA 90067


Timothy Critz
6072 Anacapa Dr
Huntington Beach, CA 92647-2202


Tony Wolbert
16181 Quartz St.
Westminster, CA 92683


Total Body Healthcare Inc. Chyle E. Beai
1057 East Imperial Highway Suite 614
Placentia, CA 92870


Tracy Keesler
2800 N. Tracy Blvd APT 69
Tracy, CA 95376


Transmetron Inc
1725 S. 1700 E.
Salt Lake City, UT 84108

Trexpo Inc
PO Box 940393
Simi Valley, CA 93094-0393


Tricare
270 32nd Street
San Diego, CA 92102


UFCW Food and Commercial Workers
2220 Hyperion Ave.
Los Angeles, CA 90027


UFCW Food and Commercial Workers
630 Shatto Pl.
Los Angeles, CA 90005


UFCW Food and Commercial Workers
2701 E. Gage Ave.
Suite 202
Huntington Park, CA 90255


UFCW Food and Commercial Workers Insuran
2220 Hyperion Ave.
Los Angeles, CA 90027


UFCW Food and Commercial Workers Insuran
630 Shatto Pl.
Los Angeles, CA 90005


UFCW Food and Commercial Workers Insuran
2701 E. Gage Ave.
Suite 202
Huntington Park, CA 90255

UMR
5151 Pfeiffer Rd.
Suite 400
Cinncinati, OH 45242


UMR
5151 Pfeiffer Rd.
Suite 400
Cincinnati, OH 45242


United Health Care
14980 Sand Canyon Avenue
Irvine, CA 92618


Vantage
2115 Compton Ave
Ste. 300
Corona, CA 92881


Vantage
2115 Compton Ave.
Ste. 300
Corona, CA 92881


VAST Integration
834 DesertCAlico Dr
Lancaster, CA 93534


Verizon
PO Box 9688
Mission Hills, CA 91346-9688


Vortex Industries Inc. File
1095 1801 W. Olympic Blvd.
Pasadena, CA 91199-1095

Walter James Soha
617 Sandpiper Drive
Seal Beach, CA 90740


Warland Investments Company
1299 Ocean Ave Ste 300
Santa Monica, CA 90401


Western Growers Assurance
15525 Sand Canyon
Irvine, CA 92618


Whitaker Medical, LLC
Filer 50834
Los Angeles, CA 90074


William Petras
5034 34th Street
San Diego, CA 92116


Xerox Corporation
P.O. Box 650361
Dallas, TX 75265-0361


Xerox Corporation
PO BOx 650361
Dallas, TX 75265-0361


Yarely Reyes
3354 W Orange Ave APT 6
Anaheim, CA 92804

Yvonne Contreras
6052 Point Loma Dr.
Huntington Beach, CA 92647